ORIGINAL

LATHAM & WATKINS LLP
  Michael S. Lurey, CA State Bar No. 048235
  Gregory O. Lunt, CA State Bar No. 102977
  Gregory A. Sager, CA State Bar No. 221473
  Shira Roth, CA State Bar No. 217463
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Counsel for Debtors and Debtors-in-Possession

FILED
JAN 28 2003

ENTERED
JAN 29 2003

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>CONSOLIDATED FREIGHTWAYS<br>CORPORATION OF DELAWARE, et al.<br><br>Debtors.<br><br>Fed. Tax I.D. No. 94-1444797 | Case No.: RS-02-24284-MG<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos.<br>RS-02-24289-MG; RS-02-24287-MG;<br>RS-02-24293-MG; RS-02-24294-MG; and<br>RS-02-24295-MG)<br><br>**Hearing**<br>Date: January 28, 2003<br>Time: 10:30 a.m.<br>Place: Courtroom 301<br>       3420 Twelfth Street<br>       Riverside, CA 92501<br><br>Judge: Hon. Mitchel R. Goldberg |

**STIPULATION WITH LUIS AND JANA GARCIA FOR LIMITED RELIEF FROM
AUTOMATIC STAY; [PROPOSED] ORDER THEREON**

TO THE HONORABLE MITCHEL R. GOLDBERG, UNITED STATES BANKRUPTCY
JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS AND OTHER PARTIES IN INTEREST:

      This stipulation (this "Stipulation") is entered into by and between Consolidated
Freightways Corporation, Consolidated Freightways Corporation of Delaware ("CFCD"),
Redwood Systems, Inc., Leland James Service Corporation, CF Airfreight Corporation and CF
MovesU.com Incorporated (collectively, the "Debtors"), and Luis Garcia and Jana Garcia

(together, "Movant"), by and through their respective counsel, and is made with reference to the following facts:

1. On September 3, 2002, the Debtors filed petitions for relief (the "Petitions") under chapter 11 of Title 11 of the United States Code, §§ 101 *et seq.* (the "Bankruptcy Code").

2. On April 18, 2000, Movant filed a complaint in the 141st Judicial District, Tarrant County, Texas, against Roland Howard ("Howard") and CFCD; cause number 141-182680-00 (the "State Court Action").

3. On August 5, 2002 (the "Settlement Date"), a Rule 11 and Settlement Agreement (the "Settlement Agreement") was executed by Movant and the Debtors, settling the State Court Action for $310,000 (the "Settlement Amount") plus certain other consideration from the Debtors in exchange for Movant's agreement to release, discharge, and forever hold harmless the Debtors and Howard from any and all claims, demands, or suits, known or unknown, fixed of contingent, liquidated or unliquidated whether or not asserted in the State Court Action as of the Settlement Date, arising from or related to the events and transactions which are the subject of the State Court Action (collectively, the "Claims").

4. Because the Petitions commencing the above-captioned chapter 11 cases (the "Cases") were filed on the same day the Settlement Amount was to be paid by the Debtors to Movant, the Settlement Amount was not paid to Movant and remains unpaid as of the date hereof.

5. On or about November 19, 2002, Movant filed a Motion for Relief from the Automatic Stay under 11 U.S.C. § 362 (the "Motion") seeking limited relief from the automatic stay to proceed against any applicable insurance carriers, bonding agents, State Insurance Funds or like sources for insurance or similar proceeds which may be recoverable by Movant as a result of the Debtors' entry into the Settlement Agreement.

6. The Debtors and Movant desire to enter into this Stipulation to resolve the Motion in order to avoid the costs of further proceedings on the Motion in this Court. The Debtors believe that the terms of this Stipulation are in the best interests of all parties, including

the Debtors, their creditors and their estates.

WHEREFORE, in consideration of the foregoing, the Debtors, in their capacity as debtors and debtors-in-possession, and Movant, by and through their respective counsel, hereby stipulate and agree as follows:

A. The Debtors agree to limited relief from the automatic stay being granted in favor of Movant to allow it to proceed against all applicable insurance carriers, bonding agents, state insurance funds or like sources and their privities for payment of the Settlement Amount.

B. Movant shall seek payment of the Settlement Amount, or any other amounts awarded or expenses incurred arising from or related to the State Court Action or the claims asserted therein, solely from applicable insurance, bonds, state insurance funds or like sources if any. Movant hereby expressly waives and releases any right he or she has or might assert to recover from the Debtors, their estates or their assets (other than any of the Debtors' applicable insurance policies, bond contracts, state insurance fund rights or like rights or agreements) any portion of such Settlement Amount or any other amount or expense arising from or related to the State Court Action or the claims asserted therein. Notwithstanding the prior two sentences, in the event there exists no insurance, bonds, state insurance funds or like sources from which Movant can seek payment of the Settlement Amount, Movant shall be permitted to maintain its claim, in the amount of the Settlement Amount, against the Debtors' estates as an unsecured creditor to be treated in the same manner as any other similarly situated unsecured creditor of the Debtors under any plan ultimately approved by this Court; provided, however, that such claim may only be maintained if Movant has properly filed a Proof of Claim against the Debtors prior to the claims bar date established in these Cases.

C. Movant and the Debtors will provide reasonable assistance to each other regarding which policies are affected by this Stipulation, however, the Debtors shall not be subject to onerous discovery requests or demands or incur unreasonable expenses related to the State Court Action.

D. This Court shall have exclusive jurisdiction over all disputes between the

Debtors and Movant relating to the Debtors' involvement in the State Court Action, including, but not limited to, any disputes regarding discovery requests or demands.

    E. Nothing in this Stipulation shall be deemed to waive any defense or claim by any party to this Stipulation, except as specifically provided herein.

Dated: January 24, 2003      LATHAM & WATKINS LLP

By *(signature)* Gregory O. Lunt
Gregory O. Lunt
Counsel for Debtors and Debtors-in-Possession

Dated: January __, 2003      SPEISER KRAUSE

By _____
Kent C. Krause
Attorney for Luis and Jana Garcia

### ORDER

The Court having considered the foregoing Stipulation and good cause appearing therefor, the Stipulation is approved in its entirety, and (i) Movant is granted the requested limited relief from the automatic stay to the extent provided for in this Stipulation and (ii) this Court shall retain exclusive jurisdiction over all disputes between the Debtors and Movant relating to the Debtors' involvement in the State Court Action, including, but not limited to, any disputes regarding discovery requests or demands.

IT IS SO ORDERED.

Dated: January __, 2003

_____
The Honorable Mitchel R. Goldberg
United States Bankruptcy Judge

1 | Debtors and Movant relating to the Debtors' involvement in the State Court Action, including, but not limited to, any disputes regarding discovery requests or demands.

E. Nothing in this Stipulation shall be deemed to waive any defense or claim by any party to this Stipulation, except as specifically provided herein.

Dated: January __, 2003                LATHAM & WATKINS LLP


By _____
Gregory O. Lunt
Counsel for Debtors and Debtors-in-Possession


Dated: January 24, 2003                SPEISER KRAUSE


By _____
Kent C. Krause
Attorney for Luis and Jana Garcia

### ORDER

The Court having considered the foregoing Stipulation and good cause appearing therefor, the Stipulation is approved in its entirety, and (i) Movant is granted the requested limited relief from the automatic stay to the extent provided for in this Stipulation and (ii) this Court shall retain exclusive jurisdiction over all disputes between the Debtors and Movant relating to the Debtors' involvement in the State Court Action, including, but not limited to, any disputes regarding discovery requests or demands.

IT IS SO ORDERED.

Dated: January 28, 2003

_____
The Honorable Mitchel R. Goldberg
United States Bankruptcy Judge

Latham & Watkins
ATTORNEYS AT LAW
LOS ANGELES

LA\996008.3

4

| In re | Case No. RS 02-24284- MG |
|---|---|
| CONSOLIDATED FREIGHTWAYS CORPORATION OF DELAWARE, a Delaware corporation, et al., | Chapter 11 |
| Debtor. | (Jointly administered with the following cases: 02-24287; 02-24289; 02-24293; 02-24294; and |
| Fed. Tax I.D. No. 94-1444797 | 02-24295) |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021, that a judgment or order entitled,

**"ORDER ON STIPULATION WITH LUIS AND JANA GARCIA FOR LIMITED RELIEF FROM AUTOMATIC STAY"** was entered on **JAN 2 9 2003**.

2. I hereby certify that I mailed a copy of this Notice of Entry and a true copy of the order or judgment to the noticing agent for service to the persons and entities on the attached service list on **JAN 2 9 2003**

Dated: **JAN 2 9 2003**

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

## Service List

Kim M. Mingo
Consolidated Freightways Corporation
16400 S.E. CF Way
Vancouver, WA 98683
Fax: 360.448.4329
Mingo.Kim@cfwy.com

Michael S. Lurey
Latham & Watkins
633 West Fifth Avenue
Los Angeles, CA 90071
Fax: 213.891.8763
Michael.Lurey@lw.com

Alice Whitfield
Poorman-Douglas Corporation
Legal Services, Bankruptcy Division
10300 S. W. Allen Boulevard
Beaverton, OR 97005
Fax: 503.350.5320
Email: alice.whitfield@poorman-douglas.com

Timothy J. Farris
Office of US Trustee
Senior Staff Attorney
3685 Main Street, Suite 300
Riverside, CA 92501
Fax: 909.276.6973
Email: Timothy.Farris@usdoj.gov

Bruce S. Schildkraut
Office of the US Trustee
Senior Trial Attorney
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017
Fax: 213.894.2603
Email: Bruce.Schildkraut@usdoj.gov

Richard M. Neiter
Stutman, Treister & Glatt
3699 Wilshire Boulevard, Suite 900
Los Angeles, CA 90010
Email: RNeiter@Stutman.com
Fax: 213.251.5288

LA\942451.2

Eric Sagerman
Murphy, Sheneman, Julian & Rogers
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Email: esagerman@MSJR.com
Fax: 310.788.3777

Todd C. Meyers
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Email: tmeyers@kilpatrickstockton.com
Fax: 404.815.6555

LA\942451.2

Kent Krause
Speiser Krause
900 Jackson St., Suite 750
Dallas, Texas 75202

LA\942451.2