LATHAM & WATKINS LLP
Michael S. Lurey, CA State Bar No. 048235
Gregory O. Lunt, CA State Bar No. 173297
Gregory A. Sager, CA State Bar No. 221473
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Counsel for Consolidated Freightways Corporation of Delaware, et al., Debtors and Debtors-in-Possession and
[Proposed] Counsel for the CFCD 2002 LLC, CFCD 2002A LLC, CFCD 2002 Member LLC and CFCD 2002A Member LLC, Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>CONSOLIDATED FREIGHTWAYS CORPORATION OF DELAWARE, et al.<br><br>Debtors.<br><br>Fed. Tax I.D. No. 94-1444797 | Case No.: RS 02-24284 MG<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. RS-02-24289-MG; RS-02-24287-MG; RS-02-24293-MG; RS-02-24294-MG; RS-02-24295-MG; RS-03-11603-MG, RS-03-11608-MG, RS-03-11610-MG, and RS-03-11615-MG)<br><br>[No Hearing Required]<br><br>Judge: Hon. Mitchel R. Goldberg |

**STIPULATION WITH C. MILLER FOR LIMITED RELIEF FROM AUTOMATIC STAY; [PROPOSED] ORDER THEREON**

TO THE HONORABLE MITCHEL R. GOLDBERG, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND OTHER PARTIES IN INTEREST:

LA\1185372.1

2731

This stipulation (this "Stipulation") is entered into by and between Consolidated Freightways Corporation of Delaware ("CFCD"), together with its affiliated debtors[1] in the above-captioned chapter 11 cases (these "Cases"), and Colleen Miller ("Movant"), by and through their respective counsel, and is made with reference to the following facts:

1. On September 3, 2002 (the "Petition Date"), the CF Debtors filed petitions for relief under chapter 11 of Title 11 of the United States Code, §§ 101 et seq. (the "Bankruptcy Code") and on February 3, 2003, the LLC Debtors filed petitions for relief under chapter 11 of the Bankruptcy Code.

2. Movant desires to file a complaint (the "Action") against certain of the Debtors in the Hennepin County District Court, Minnesota (the "Non-Bankruptcy Forum"), for, among other things, an accident that occurred on December 4, 2001.

3. Movant is unable to file the Action because of section 362(a) of the Bankruptcy Code (the "Automatic Stay").

4. On or about January 6, 2004, Movant requested that the Debtors enter into this Stipulation to grant Movant limited relief from the automatic stay to allow Movant to file the Action and to allow the Action to proceed so that Movant may recover against any applicable insurance carriers of the Debtors, if any, state agencies or similar sources for insurance or similar proceeds for payment of any judgment rendered in regards to, or any settlement reached with respect to, the Action.

5. The Debtors and Movant desire to enter into this Stipulation in order to avoid the costs of proceedings regarding the Action in this Court and in the Non-Bankruptcy Forum. The Debtors believe that the terms of this Stipulation are in the best interests of all parties, including the Debtors, their creditors and their estates.

6. The Debtors are authorized under that certain Order Authorizing the Debtors to Enter into Stipulations Modifying Automatic Stay and Compromising Certain Claims

---

[1] Consolidated Freightways Corporation, Redwood Systems, Inc., CF Airfreight Corporation, Leland James Service Corporation and CF MovesU.com Incorporated (together with CFCD, collectively, the "CF Debtors") and CFCD 2002 LLC, CFCD 2002A LLC, CFCD 2002 Member LLC and CFCD 2002A Member LLC (collectively, the "LLC Debtors" and together with the CF Debtors, the "Debtors").

entered by this Court on June 26, 2003 (the "Compromise Order"), to enter into and file this Stipulation with the Court.

7.  Pursuant to the Compromise Order, the Debtors have served this Stipulation on the Official Committee of Creditors holding Unsecured Claims appointed in these Cases, General Electric Capital Corporation and the United States Trustee, but none of these parties submitted an objection to the Stipulation timely.

8.  Pursuant to the Compromise Order, the Stipulation will be fully effective upon entry of an order of the Court approving the Stipulation.

WHEREFORE, in consideration of the foregoing, the Debtors, in their capacity as debtors and debtors-in-possession, and Movant, by and through their respective counsel, hereby stipulate and agree as follows:

A.  The Debtors agree to limited relief from the automatic stay being granted in favor of Movant (i) to allow Movant to file the Action and to allow the Action to proceed to a decision in the Non-Bankruptcy Forum and judgment to be rendered thereon and (ii) in the event that Movant is the prevailing party in connection with the Action, to allow Movant to pursue any applicable insurance carriers of the Debtors, state agencies or similar sources for payment of any judgment rendered in regards to, or any settlement reached with respect to, the Action, so long as Movant does not seek recovery from any of the Debtors' estates;

B.  In the event a judgment in the Action is rendered in Movant's favor or a settlement is reached with respect to the Action, Movant shall seek satisfaction of such judgment or payment of any amounts awarded to Movant in such settlement solely from applicable insurance, if any, state agencies or similar sources. Movant, on behalf of herself and her heirs, representatives and assigns, does hereby expressly waive and release any right she has or might assert to recover from the Debtors and their estates, and their respective heirs, successors, assigns, affiliates, officers, directors and employees, their estates or their assets (other than any of the Debtors' applicable insurance policies) any portion of such judgment or settlement amount or any other amount or expense arising from or related to the Action or the claims asserted therein;

     C.    Any proof of claim filed by Movant in these Cases is hereby deemed to be withdrawn without further order of the Court and the Debtors' claims agent is hereby authorized and directed to remove any such proof of claim from the Debtors' claims register; provided, however, that the withdrawal of such proof of claim shall not prejudice Movant's ability to collect her claim from any applicable insurance carrier, if any, state agencies or similar sources;

     D.    The agreement by the Debtors to the modification of the Automatic Stay on the terms and conditions set forth herein shall not be deemed an agreement by the Debtors to provide assistance to or to cooperate with Movant in any way in the efforts of Movant to prosecute the Action or secure payment in satisfaction of a judgment in Movant's favor or payment of any amounts awarded Movant in satisfaction of a settlement in relation to the Action from any applicable insurance carrier, if any, state agencies or similar sources. The Debtors shall not be subject to onerous discovery requests or demands or incur unreasonable expenses related thereto or otherwise in the Action. This Court shall have exclusive jurisdiction over all disputes between the Debtors and Movant arising from or relating to this Stipulation and from the Debtors' involvement in the Action, including, but not limited to, any disputes regarding discovery requests or demands;

     E.    Nothing contained herein shall be deemed an admission of liability on the part of the Debtors with respect to any claim asserted in the Action;

     F.    Nothing in this Stipulation shall be deemed to waive any defense or claim by any party to this Stipulation, except as specifically provided herein; and

///
///
///
///
///
///
///
///

1        G.    This Stipulation will be effective immediately upon approval by this
2  Court.
3  Dated: January 7, 2004            LATHAM & WATKINS LLP

5  By _____
    Gregory A. Sager
6     Counsel for CF Debtors and Debtors-in-
   Possession and [Proposed] Counsel for LLC
7     Debtors and Debtors-in-Possession

9  Dated: January __, 2004           LAW OFFICE OF JAMES E. BETZ

11 By _____
   James E. Betz
12   2140 4th Avenue North
   Anoka, Minnesota 55303
13   Attorney for Movant

**IT IS SO ORDERED.**

Dated: _____, 2003

_____
The Honorable Mitchel R. Goldberg
United States Bankruptcy Judge

1    G.    This Stipulation will be effective immediately upon approval by this
2  Court.
3  Dated: January __, 2004                    LATHAM & WATKINS LLP
4
5                                              By _____
                                                Gregory A. Sager
6                                               Counsel for CF Debtors and Debtors-in-
                                                Possession and [Proposed] Counsel for LLC
7                                               Debtors and Debtors-in-Possession
8
9  Dated: January 7, 2004                     LAW OFFICE OF JAMES E. BETZ
10
11                                             By _____
                                                James E. Betz
12                                              2140 4th Avenue North
                                                Anoka, Minnesota 55303
13                                              Attorney for Movant
14
15 **IT IS SO ORDERED.**
16 Dated: JAN 2 1 2004, 2003
17                                             _____
                                                The Honorable Mitchel R. Goldberg
18                                              United States Bankruptcy Judge
19
20
21
22
23
24
25
26
27
28

LATHAM&WATKINS   LA\1185372.1
ATTORNEYS AT LAW
LOS ANGELES                        5

| | |
|---|---|
| In re<br><br>CONSOLIDATED FREIGHTWAYS CORPORATION OF DELAWARE, a Delaware corporation, et al.,<br><br>Debtor.<br><br>Fed. Tax I.D. No. 94-1444797 | Case No. RS 02-24284- MG<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. RS-02-24289-MG; RS-02-24287-MG; RS-02-24293-MG; RS-02-24294-MG; RS-02-24295-MG; RS-03-11603-MG, RS-03-11608-MG, RS-03-11610-MG, and RS-03-11615-MG) |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST:

1.  You are hereby notified, pursuant to Local Bankruptcy Rule 9021, that a judgment or order entitled, **"ORDER APPROVING STIPULATION WITH C. MILLER FOR LIMITED RELIEF FROM AUTOMATIC STAY,"** was entered on __JAN 2 2 2004__.

2.  I hereby certify that I mailed a copy of this Notice of Entry and a true copy of the order or judgment to the noticing agent for service to the persons and entities on the attached service list on __JAN 2 2 2004__.

Dated: __JAN 2 2 2004__

JON D. CERETTO
**Clerk of the Bankruptcy Court**

By: /s/ Karen E. Inman
**Deputy Clerk**

Rev. 6/95
LA\943837.1

110

## Service List

Kim M. Mingo
Consolidated Freightways Corporation
1115 SE 164th Ave.
Vancouver, WA 98683
Fax: 360.448.4329
Mingo.Kim@cfwy.com

Michael S. Lurey
Latham & Watkins LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
Fax: 213.891.8763
Michael.Lurey@lw.com

Alice Whitfield
Poorman-Douglas Corporation
Legal Services, Bankruptcy Division
10300 S. W. Allen Boulevard
Beaverton, OR 97005
Fax: 503.350.5320
Email: alice.whitfield@poorman-douglas.com

Timothy J. Farris
Office of US Trustee
Senior Staff Attorney
3685 Main Street, Suite 300
Riverside, CA 92501
Fax: 909.276.6973
Email: Timothy.Farris@usdoj.gov

Bruce S. Schildkraut
Office of the US Trustee
Senior Trial Attorney
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017
Fax: 213.894.2603
Email: Bruce.Schildkraut@usdoj.gov

Richard M. Neiter
Stutman, Treister & Glatt
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Email: RNeiter@Stutman.com
Fax: 310.228.5788

LA\942451.4

Eric Sagerman, Esq.
Winston & Strawn
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Email: esagerman@winston.com
Fax: (213) 615-1750

Todd C. Meyers
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Email: tmeyers@kilpatrickstockton.com
Fax: 404.815.6555

James E. Betz
Law Office of James E. Betz
2140 4th Ave. North
Anoka, MN 55303

LA\942451.4

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Latham & Watkins LLP, 633 West Fifth Street, Suite 4000, Los Angeles, California 90071. On January 21, 2004, I caused the foregoing to be served:

**STIPULATION WITH C. MILLER FOR LIMITED RELIEF FROM AUTOMATIC STAY; [PROPOSED] ORDER THEREON**

I caused the above document(s) to be deposited for facsimile transmission in accordance with the office practice of Latham & Watkins LLP for collecting and processing facsimiles. I am familiar with the office practice of Latham & Watkins LLP for collecting, processing, and transmitting facsimiles, which practice is that when a facsimile is deposited with the Latham & Watkins LLP personnel responsible for facsimiles, such facsimile is transmitted that same day in the ordinary course of business. The facsimile of the above document(s) was transmitted to the following parties: See the attached Facsimile List.

X  I caused a sealed envelope or package containing the document(s) to be placed in a post office, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the United States Postal Service for receipt of U.S. Mail, with U.S. Mail postage paid, addressed to all parties listed on the attached service list.

I caused such envelope to be delivered by Federal Express or Hand Delivery to the offices of the addressee(s). See attached Service List.

I caused a pdf version of this document to be delivered via electronic mail to the attached Service List.

I declare under penalty of perjury that the above is true and correct.

Executed on January 21, 2004, at Los Angeles, California.

_____
Colleen Greenwood

## Service List

Kim M. Mingo
Consolidated Freightways Corporation
1115 SE 164th Ave.
Vancouver, WA 98683
Fax: 360.448.4329
Mingo.Kim@cfwy.com

Michael S. Lurey
Latham & Watkins LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
Fax: 213.891.8763
Michael.Lurey@lw.com

Alice Whitfield
Poorman-Douglas Corporation
Legal Services, Bankruptcy Division
10300 S. W. Allen Boulevard
Beaverton, OR 97005
Fax: 503.350.5320
Email: alice.whitfield@poorman-douglas.com

Timothy J. Farris
Office of US Trustee
Senior Staff Attorney
3685 Main Street, Suite 300
Riverside, CA 92501
Fax: 909.276.6973
Email: Timothy.Farris@usdoj.gov

Bruce S. Schildkraut
Office of the US Trustee
Senior Trial Attorney
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017
Fax: 213.894.2603
Email: Bruce.Schildkraut@usdoj.gov

Richard M. Neiter
Stutman, Treister & Glatt
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Email: RNeiter@Stutman.com
Fax: 310.228.5788

LA\942451.4

Eric Sagerman, Esq.
Winston & Strawn
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Email: esagerman@winston.com
Fax: (213) 615-1750

Todd C. Meyers
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Email: tmeyers@kilpatrickstockton.com
Fax: 404.815.6555

James E. Betz
Law Office of James E. Betz
2140 4th Ave. North
Anoka, MN 55303

LA\942451.4