DAVID L. NEALE (SBN 141225)
CARMELA T. PAGAY (SBN 195603)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
E-mails: DLN@LNBYB.COM; CTP@LNBYB.COM

General Counsel for the Trust for Certain
Creditors of Consolidated Freightways Corporation
And Certain Affiliates

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re<br><br>CONSOLIDATED FREIGHTWAYS<br>CORPORATION OF DELAWARE, et al.<br><br>Debtors.<br><br>Fed. Tax I.D. No. 94-1444797 | Case No. 6:02-bk-24284-PC<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 6:02-bk-24289-PC; 6:02-bk-24287-PC; 6:02-bk-24293-PC; 6:02-bk-24294-PC; 6:02-bk-24295-PC; 6:03-bk-11603-PC; 6:03-bk-11608-PC; 6:-03-bk-11610-PC; and 6:03-bk-11615-PC)<br><br>**CF TRUST'S POST CONFIRMATION STATUS REPORT AS OF SEPTEMBER 30, 2010** |

K. Morgan Enterprises, Inc., (the "Trustee"), in its capacity as the trustee of the Trust for Certain Creditors of Consolidated Freightways Corporation and Certain Affiliates (the "Trust"), hereby submits this status report concerning the Trust's post-confirmation activities.

A. **GENERAL BACKGROUND.**

1. The Debtors commenced these cases by filing voluntary petitions for relief under chapter 11 of title 11, United States Code, on September 3, 2002 (the "Petition Date"). No trustee was

///

appointed, and the Debtors managed their affairs as debtors in possession pursuant to 11 U.S.C. §§ 1107 and 1108.

2. On November 22, 2004, this Court issued an Order confirming Debtors' Consolidated Plan of Liquidation Dated July 1, 2004 (the "Plan"). On December 13, 2004, the Plan became effective (the "Effective Date") and all of the assets of the Debtors were assigned to the Trust pursuant to the Plan.

3. Since the Effective Date, the Trustee, his staff and attorneys have been diligently working to liquidate the remaining assets of the estate, adjust and properly classify the claims in these estates, distribute the Debtors' assets to the creditors with allowed claims consistent with terms of the Plan and the Trust Agreement.

4. This status report covers the 6-month period since the status report filed on April 22, 2010 (the "March Status Report") for April 1, 2010 through September 30, 2010.

**B.    PROGRESS TO DATE.**

5. Since the March Status Report, the Trust has objected to or resolved approximately 49 claims with a total filed value of $76.1 million. The majority of these claims were insurance related. The value of the related 49 claims has been reduced to an allowed unsecured class-4 amount of $5,090.

6. Attached hereto as Exhibit "A" is the Trust's Cash Flow Summary for the period April 1, 2010 through September 30, 2010 (the "Period"), as well as post-confirmation reports for the second and third quarter of 2010. In addition to the activity shown on Exhibit "A," other liquidation activity is summarized below:

1          A.    Other Asset Activity – During the Period, $19,000 of
2    receipts were collected.  There is an additional $15 million that
3    potentially may be recovered.
4          B.    Wind-down Costs – For the Period, $1.1 million was
5    expended for operating, legal and tax costs.
6          From the Petition Date through September 30, 2010, all
7    secured debt totaling $277.6 million has been paid.  In addition,
8    $229.7 million has been expended in the following cost areas: (i)
9    operating expense ($125.5 million); (ii) pre-petition wages and
10   benefits ($43.1 million); (iii) legal and consulting ($36.3
11   million); (iv) post-petition direct freight delivery costs ($19.5
12   million); and (v) income tax expense ($5.3 million).
13         C.    Payment of Claims – For the Period, the estate has
14   disbursed approximately $50,000.  From the Petition Date through
15   September 30, 2010, a total of $262.1 million has been disbursed.
16         D.    Anticipated Activity Over the Next 6-12 Months –
17   Resources are focused on resolving the 100 remaining claims, most
18   of which are insurance related, and addressing other
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27
28   ///

administrative matters. The Trustee expects insurance-related claims work to continue into 2011.

DATED: October 22, 2010

K. MORGAN ENTERPRISES, INC., AS TRUSTEE UNDER THE TRUST FOR CERTAIN CREDITORS OF CONSOLIDATED FREIGHTWAYS CORPORATION AND CERTAIN AFFILIATES

By: *Carmela T Pagay*
DAVID L. NEALE
CARMELA T. PAGAY
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
General Counsel for the Trust

**Consolidated Freightways Corporation**  **EXHIBIT A**
**Cash Flow Summary**
**(Dollars in thousands)**

| As of ----> | 4/1/10 - 9/30/10 $-Amount | 9/2/02 - 9/30/10 $-Amount |
|---|---|---|
| **BEGINNING CASH** | $ 73,163 | $ 20,741 |
| **INFLOWS:** | | |
| Real estate gross proceeds | $0 | $425,473 |
| AR collections | 0 | 222,166 |
| Preference recoveries, net | 0 | 5,453 |
| Return of excess collateral | 8 | 18,333 |
| Other | 11 | 149,185 |
| **TOTAL INFLOWS** | $19 | $820,610 |
| **OUTFLOWS:** | | |
| Wind-down Costs: | | |
| Secured debt | | 277,562 |
| Operating expenses | 663 | 188,156 |
| Debtor & Committee legal & consulting | 449 | 36,277 |
| Income tax expense | 1 | 5,260 |
| Total Wind-down Costs | $ 1,113 | $ 507,255 |
| Creditor Distributions: | | |
| WARN & vacation priority payments | 35 | 45,602 |
| Distribution to allowed unsecured claimants | 13 | 123,459 |
| Priority tax payments | - | 10,028 |
| Consol Stip pymts to Pension Funds & PBGC | - | 75,643 |
| Admn and other | 2 | 5,089 |
| ACC stipulation payments | - | 2,256 |
| Total Distributions | 50 | 262,077 |
| **TOTAL OUTFLOWS** | $ 1,163 | $ 769,332 |
| **ENDING CASH** | $ 72,019 | $ 72,019 |

**CASH**    Reflects all cash on account less the Reliance LC collateral.

Post Effective Summary 9-30-10    10/22/2010

EXHIBIT A PAGE 5

# POST-CONFIRMATION STATUS REPORT

*(To be filed quarterly with the Office of the United States Trustee, at 3420 Twelfth St. Ste 200, Riverside, CA 92501 in all chapter 11 confirmed plan cases, until a final decree is entered)*

**THIS REPORT IS FOR U.S. TRUSTEE PURPOSES ONLY. YOU MAY BE REQUIRED TO FILE ADDITIONAL REPORTS WITH THE BANKRUPTCY COURT**

Case Name: <u>In re Consolidated Freightways Corporation of Delaware, et al., Debtors</u>

Case No.: <u>RS-02-24284-MG</u>              Quarter Ending: <u>06/30/2010</u>

Date Order was entered confirming plan: <u>November 22, 2004</u>

Person responsible for filing this report: <u>Kerry K. Morgan, President for K. Morgan Enterprises, Inc., solely in its capacity as trustee of the Trust for Certain Creditors of Consolidated Freightways Corporation and Certain Affiliates.</u>

Telephone # <u>(360) 448-4700</u>     Fax # <u>(360) 448-4336</u>

Disbursing Agent (if any): <u>Epiq Systems (formerly Poorman-Douglas Corporation)</u>

**SUMMARY OF DISBURSEMENT MADE DURING THE QUARTER\***

Disbursements made under the plan     $ <u>625,968.16</u>

Other disbursements                   $ <u>  N/A  </u>.

            Total Disbursements       $ <u>625,968.16</u>

**\*ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR OR BEHALF OF THE REORGANIZED DEBTOR, BE THEY UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSES OF CALCULATING QUARTERLY FEES.**

1.    Projected date of final decree: <u>Can't be determined at this time.</u>

2.    What needs to be achieved before a final decree will be sought: <u>(a) resolution of disputed claims and (b) final distribution to creditors.</u>

3.    Narrative events which impact upon the ability to perform under the reorganization plan or other significant events that have occurred during the reporting period: <u>There were no events which impact upon the ability to perform under the plan of liquidation. During the quarter ended June 30, 2010, the Trust received approximately $20,500 from various refunds and collections. The Trust made approximately $29,000 in various distributions during the quarter.</u>

LA\1373246.1

EXHIBIT __A__ PAGE __7__

4.   Date last U.S. Trustee Fee paid: 4/19/2010          Amount Paid: $4,875

*I declare under penalty of perjury that the information contained in this document is true, complete and correct.*

Dated 07/09/2010                    _____(signature)
President for K. Morgan Enterprises, Inc., solely in its
capacity as trustee of The Trust for Certain Creditors
of Consolidated Freightways Corporation and Certain
Affiliates

LA\1373246.1

EXHIBIT __A__ PAGE __7__

# POST-CONFIRMATION STATUS REPORT

*(To be filed quarterly with the Office of the United States Trustee, at 3420 Twelfth St. Ste 200, Riverside, CA 92501 in all chapter 11 confirmed plan cases, until a final decree is entered)*

**THIS REPORT IS FOR U.S. TRUSTEE PURPOSES ONLY. YOU MAY BE REQUIRED TO FILE ADDITIONAL REPORTS WITH THE BANKRUPTCY COURT**

Case Name: <u>In re Consolidated Freightways Corporation of Delaware, et al., Debtors</u>

Case No.: <u>RS-02-24284-MG</u>    Quarter Ending: <u>09/30/2010</u>

Date Order was entered confirming plan: <u>November 22, 2004</u>

Person responsible for filing this report: <u>Kerry K. Morgan, President for K. Morgan Enterprises, Inc., solely in its capacity as trustee of the Trust for Certain Creditors of Consolidated Freightways Corporation and Certain Affiliates.</u>

Telephone # <u>(360) 448-4700</u>    Fax # <u>(360) 448-4336</u>

Disbursing Agent (if any): <u>Epiq Systems (formerly Poorman-Douglas Corporation)</u>

**SUMMARY OF DISBURSEMENT MADE DURING THE QUARTER\***

Disbursements made under the plan    $ <u>479,084.47</u>

Other disbursements    $ <u>  N/A  </u> .

  Total Disbursements    $ <u>479,084.47</u>

**\*ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR OR BEHALF OF THE REORGANIZED DEBTOR, BE THEY UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSES OF CALCULATING QUARTERLY FEES.**

1.    Projected date of final decree<u>: Can't be determined at this time.</u>

2.    What needs to be achieved before a final decree will be sought: <u>(a) resolution of disputed claims and (b) final distribution to creditors.</u>

3.    Narrative events which impact upon the ability to perform under the reorganization plan or other significant events that have occurred during the reporting period: <u>There were no events which impact upon the ability to perform under the plan of liquidation. During the quarter ended September 30, 2010, the Trust received approximately $67,000 from interest and various refunds and collections. The Trust made approximately $23,000 in various distributions during the quarter.</u>

LA\13732461.1

EXHIBIT <u>A</u> PAGE <u>8</u>

4.     Date last U.S. Trustee Fee paid: <u>7/23/2010</u>        Amount Paid: <u>$4,875</u>

*I declare under penalty of perjury that the information contained in this document is true, complete and correct.*

Dated   <u>10/07/2010</u>       _____(signature)
President for K. Morgan Enterprises, Inc., solely in its capacity as trustee of The Trust for Certain Creditors of Consolidated Freightways Corporation and Certain Affiliates

LA\1373246.1

EXHIBIT __A__ PAGE __9__

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as CF TRUST'S POST CONFIRMATION STATUS REPORT AS OF SEPTEMBER 30, 2010 be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 22, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Gregory S Abrams    jbothell@askfinancial.com
- Franklin C Adams    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com;lisa.spencer@bbklaw.com;bknotices@bbklaw.com
- William Bates    bill.bates@bingham.com
- Catherine E Bauer    Catherine.Bauer@usdoj.gov
- Bradley D Blakeley    bblakeley@blakeleyllp.com
- J Scott Bovitz    bovitz@bovitz-spitzer.com
- Sandor T Boxer    tedb@tedboxer.com
- William S Brody    tpearsall@buchalter.com
- Peter C Bronson    pbronson@pbronsonlaw.com
- William M. Burd    wmburd@burd-naylor.com
- Catherine M Campbell    cmc@fczlaw.com
- Robert Carlton    bobc@sussmanshank.com, ecf.robert.carlton@sussmanshank.com
- Scott C Clarkson    sclarkson@lawcgm.com
- Alan J Cohen    acohen@cohenlawla.com
- Jerome S Cohen    jsc@jscbklaw.com
- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com
- Theodore A Cohen    tcohen@sheppardmullin.com, amontoya@sheppardmullin.com
- David J Cook    Cook@SqueezeBloodFromTurnip.com
- David J. Cook    cookdj@aol.com
- Joseph E Cotterman    jec@gknet.com
- Donald H Cram    dhc@severson.com
- Jon L Dalberg    jdalberg@lgbfirm.com, ncereseto@lgbfirm.com
- Melissa Davis    mdavis@shbllp.com
- Willis B Douglass    Willis.B.Douglass@irscounsel.treas.gov
- Richard T Egger    richard.egger@bbklaw.com
- Christopher P Fields    chrisfields@leefieldslaw.com
- Duane M Geck    dmg@severson.com
- Andrew A Goodman    agoodman@goodmanfaith.com
- Adam M Greely    agreely@galfinpasson.com
- Ann H Grosberg    hillary@hillarygrosberg.com
- Steven T Gubner    , ecf@ebg-law.com
- Steven T Gubner    sgubner@ebg-law.com, ecf@ebg-law.com
- Sheri R Handel    sheribruin@yahoo.com
- Kenneth Hennesay    khennesay@allenmatkins.com
- Robert E Huttenhoff    rhuttenhoff@shbllp.com
- Jeff D Kahane    jkahane@duanemorris.com
- Daniel E Kenney    dkenney@hfdclaw.com
- Stuart I Koenig    Skoenig@cmkllp.com
- Solmaz Kraus    skraus@gibsondunn.com, skraus@gibsondunn.com
- John P Kreis    jkreis@attglobal.net
- Jeffrey A Krieger    jkrieger@ggfirm.com
- Lorraine L Loder    lloder@sbcglobal.net
- Michael S Lurey    michael.lurey@lw.com, colleen.rico@lw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F 9013-3.1.PROOF.SERVICE

- Daniel J McCarthy    dmccarthy@hillfarrer.com
- Ashley M McDow    amcdow@mbnlawyers.com
- Martin P Meyers    martin@sussmanshank.com
- Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Elissa D Miller    , asokolowski@sulmeyerlaw.com
- Craig Millet    cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com
- John W Mills    jmills@kilpatrickstockton.com
- Richard M Moneymaker    rmm@moneymakerlaw.com
- Tania M Moyron    tmoyron@ffwplaw.com
- Randall P Mroczynski    randym@cookseylaw.com
- Vicente Matias Murrell    murrell.vicente@pbgc.gov
- Ramon Naguiat    rnaguiat@skadden.com
- Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mirmanbubman.com
- Jennifer L Nassiri    jnassiri@venable.com
- David L. Neale    dln@lnbrb.com
- Walter K Oetzell    woetzell@dgdk.com
- Carmela Pagay    ctp@lnbrb.com
- Mark Palley    mp@marionsinn.com
- Donna T Parkinson    donna@parkinsonphinney.com
- Penelope Parmes    pparmes@rutan.com
- Amy M Patterson    pattersona3@michigan.gov
- Ronald B Pierce    ronald.pierce@sdma.com
- Steven G Polard    spolard@perkinscoie.com
- David M Reeder    david@reederlaw.com
- Michael B Reynolds    , kcollins@swlaw.com
- J Alexandra Rhim    arhim@buchalter.com, smartin@buchalter.com
- Kenneth B Rodman    ken@rodmanlaw.com
- Judith Runyon    jarunyon@sbcglobal.net
- Deborah J Saltzman    deborah.saltzman@dlapiper.com, bambi.clark@dlapiper.com
- Ronald H Sargis    skelley@hsmlaw.com
- Allan D Sarver    ADSarver@aol.com
- Mark C Schnitzer    mschnitzer@rhlaw.com
- Mark Shinderman    mark.shinderman@mto.com
- Khushwant Sean Singh    seansingh2003@yahoo.com
- Ross A Spector    ross.spector@spectorandbennett.com
- Joseph L Steinfeld    jsteinfeld@askfinancial.com
- Katherine A Traxler    katietraxler@paulhastings.com
- Kim Tung    ktung@dgdk.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Joshua D Wayser    joshua.wayser@kattenlaw.com, kim.johnson@kattenlaw.com
- David Weinstein    david.weinstein@hro.com
- William E Windham    ezforms@sbcglobal.net
- Dennis Winters    winterslawfirm@cs.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On October 22, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

See Attached Service List-All Entities Served via United States Mail Unless Noted Otherwise

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 22, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                F 9013-3.1.PROOF.SERVICE

**Judge's Courtesy Copy Sent Via Attorney Service**
Hon. Peter Carroll
U.S. Bankruptcy Court
255 East Temple Street
Courtroom 1539
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 22, 2010 | Katie Finn | /s/ Katie Finn |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

CFC Liquidating Trust
USF&G - 024116

Timothy J. Farris
Office of U.S. Trustee
3685 Main St., Suite 300
Riverside, CA 92501

Debtor
Consolidated Freightways Corp
805 Broadway Suite 205
Vancouver, WA 98660

Kerry K. Morgan
K. Morgan Enterprises, Inc.
805 Broadway, Suite 205
Vancouver, WA 98660

Alice Whitfield
Poorman-Douglas Corp.
10300 SW Allen Boulevard
Beaverton, OR 97005

Kurt Ramlo, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

Elissa D. Miller, Esq. **
Sulmeyer Kupetz, A Professional Corporation
333 South Hope Street, 35th Floor
Los Angeles, CA 90071

Cnsl-MN Self-Insurers' Security Fund
Steven Meyer/Rebecca Sluss
Oppenheimer Wolff & Donnelly LLP
3300 Plaza VII, 45 South Seventh Street
Minneapolis, MN 55402

Aetna, Inc.
c/o Robert Gebhard, Esq.
Sedgwick Detert Moran & Arnold LLP
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA 94105

ASM Capital
Doug Wolfe General Counsel
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

AT&T Corp.
c/o Reed Smith LLP
Attn: Erich S. Buck, Esq.
10 South Wacker Drive
Chicago, IL 60606

State of Colorado, Business & Licensing Sec.
Attn: Carolyn Lievers
First Assistant Attorney General
1525 Sherman Street, 5th Floor
Denver, CO 80203-1760

Columbia Tech Center LLC
Sonnenschein Nath & Rosenthal LLP
Michael Lubic, Esq./Debra Fogelman, Esq.
601 South Figueroa Street, Suite 1500
Los Angeles, CA 90017-5704

Louisiana Insurance Guaranty Assoc.
Allen & Gooch
Attn: Emile Joseph, Jr., Esq.
P.O. Box 3768
Lafayette, LA 70502-3768

Mary E. Olsen
1119 Government Street
Mobile, AL 36604

State of Michigan
Department of Treasury
Roland Hwang, Asst. Attorney General
P.O. Box 30754
Lansing, MI 48909

Miller & King
Attn: Jaxon E. Miller, Esq.
6529 Riverside Avenue, Suite 153
Riverside, CA 92506

State of New Jersey
Amina Maddox, Deputy Attorney General
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ 08625

Reliance Insurance Co.
Obermayer Rebmann Maxwell Hippel LLP
L.J. Tabas, Esq./D. M. Richards, Esq.
One Penn Center
1617 John F. Kennedy Blvd., 19th Floor
Philadelphia, PA 19103

Safeco Insurance Company
Attn: Subrogation Department
P.O. Box 461
St. Louis, MO 63116

Sonnenschein Nath & Rosenthal LLP
Michael Lubic, Esq./Debra Fogelman, Esq.
601 South Figueroa Street, Suite 1500
Los Angeles, CA 90017-5704

Stuart R. Schwarts
Fleet Capital Corporation
Mailcode: IL1-231-16-46
231 South LaSalle Street
Chicago, IL 60697

Teamsters Union 25 Health Svcs./Ins. Plan
Dwyer Duddy & Facklam PC
C.C. Duddy, Esq./M.E. Dwyer, Esq.
One Center Plaza, Suite 360
Boston, MA 02108

Robert L. Carlton, Esq. **
Martin P. Meyers, Esq. **
Sussman Shank LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089

Oversight Committee Chair
Robert Coco, Esq.
Central States Southeast and Southwest
Areas Pension Fund/Law Department
9377 West Higgins Road
Rosemont, IL 60018

Vincent M. DeBella
Paravati, Karl, Green & DeBella
Atty for NY State Teamsters, Cte. Mbr
12 Steuben Park
Utica, NY 13501-2992

Fred Perillo, Esq.
Previant, Goldberg, Uelmen, Gratz
1555 North River Center Drive, #202
P.O. Box 12993
Milwaukee, WI 53212

Thomas J. Angell, Esq.
Jacobs, Burns, Orlove, Stanton et al
122 So. Michigan Avenue, Suite 1720
Chicago, IL 60603-6145

** SERVED VIA NEF

LA\1367799.1