1 | DAVID L. NEALE (SBN 141225)
CARMELA T. PAGAY (SBN 195603)
2 | LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
3 | Los Angeles, California 90067
Telephone:  (310) 229-1234
4 | Facsimile:  (310) 229-1244
E-mails:  DLN@LNBYB.COM; CTP@LNBYB.COM
5
General Counsel for the Trust for Certain
6 | Creditors of Consolidated Freightways Corporation
And Certain Affiliates
7

8 |                   UNITED STATES BANKRUPTCY COURT

9 |                  CENTRAL DISTRICT OF CALIFORNIA

10 |                       RIVERSIDE DIVISION

11
In re                            ) Case No. 6:02-bk-24284-PC
12                                 )
CONSOLIDATED FREIGHTWAYS         ) Chapter 11
13 | CORPORATION OF DELAWARE, et al.)
                                 ) (Jointly Administered with Case
14             Debtors.          ) Nos. 6:02-bk-24289-PC; 6:02-bk-
                                 ) 24287-PC; 6:02-bk-24293-PC; 6:02-
15 | Fed. Tax I.D. No. 94-1444797 ) bk-24294-PC; 6:02-bk-24295-PC;
                                 ) 6:03-bk-11603-PC; 6:03-bk-11608-
16                                 ) PC; 6:-03-bk-11610-PC; and 6:03-
                                 ) bk-11615-PC)
17                                 )
                                 ) CF TRUST'S POST CONFIRMATION
18                                 ) STATUS REPORT AS OF MARCH 30,
                                 ) 2012
19 | _____)

20

21        K. Morgan Enterprises, Inc., (the "CF Trustee"), in its

22 | capacity as the trustee of the Trust For Certain Creditors Of

23 | Consolidated Freightways Corporation And Certain Affiliates (the

24 | "Trust") hereby submits this status report concerning the Trust's

25 | post-confirmation activities.

26        A.   GENERAL BACKGROUND.

27        1.   The Debtors commenced these cases by filing voluntary

28 | petitions for relief under chapter 11 of title 11, United States

1

2      Code, on September 3, 2002 (the "Petition Date"). No trustee was

3      appointed, and the Debtors managed their affairs as debtors in

4      possession pursuant to 11 U.S.C. §§ 1107 and 1108.

5          2.   On November 22, 2004, this Court issued an Order

6      confirming Debtors' Consolidated Plan of Liquidation Dated July

7      1, 2004 (the "Plan").    On December 13, 2004, the Plan became

8      effective (the "Effective Date") and all of the assets of the

9      Debtors were assigned to the Trust pursuant to the Plan.

       3.   Since the Effective Date, the Trustee, his staff and
10
       attorneys have been diligently working to liquidate the remaining
11
       assets of the estate, adjust and properly classify the claims in
12
       these estates, distribute the Debtors' assets to the creditors
13
       with allowed claims consistent with terms of the Plan and the
14
       Trust Agreement.
15
       4.   This status report covers the 6-month period since the
16
       status report filed on November 9, 2011 (the "September Status
17
       Report") for October 1, 2011 through March 30, 2012.
18
       B.   PROGRESS TO DATE.
19
       5.   Since the September Status Report, the Trust has
20
       objected to or resolved the remaining five large insurance
21
       related claims, which were filed for $187.3 million (two of the
22
       claims were filed as unliquidated). The National Fire Insurance
23
       Company of Hartford (a part of the CNA group of companies)
24
       ("CNA") claim was amended and settled for $45.9 million.   The
25
       remaining three claims were either withdrawn or ordered as
26
       nothing due by the Court for a total savings over the claimed
27
       amount of $141.4 million.
28

                                      2

6.   Attached hereto as Exhibit "A" is the Trust's Cash Flow Summary for the period October 1, 2011 through March 30, 2012 (the "Period"), as well as US Trustee post-confirmation reports for the fourth quarter of 2011 and first quarter of 2012.   In addition to the activity shown on Exhibit "A," other liquidation activity is summarized below:

A.   Return of Excess Collateral - During the Period, $16.96 million of collateral relating to the Reliance Insurance Company ("RIL") programs was returned; $16.56 million related to the RIL letter of credit and $0.4 million related to the CNA Bond.

B.   Wind-down Costs - For the Period, $0.6 million was expended for operating, legal and tax costs. From the Petition Date through March 30, 2012, all secured debt totaling $277.6 million has been paid.   In addition, $232.5 million has been expended in the following cost areas:  (i) operating expense ($127.2 million); (ii) pre-petition wages and benefits ($43.1 million); (iii) legal and consulting ($37.4 million); (iv) post-petition direct freight delivery costs ($19.5 million); and (v) income tax expense ($5.3 million).

C.   Payment of Claims - For the Period, the estate disbursed approximately $12,000.   From the Petition Date through March 30, 2012, a total of slightly more than $314.0 million has been disbursed.

D.   Anticipated Activity Over the Next 6-9 Months - Resources are focused on administrative matters necessary for the estate   closure   and   preparations   for   the   two   remaining

3

1     distributions; one in April and the last in the August/September

2     timeframe.   The Trustee anticipates filing a motion for final

3     decree  just  after  the  August/September  distribution  with

4     remaining administrative and regulatory reporting completed prior

5     to year-end.

6

7     DATED: April 13, 2012         K. MORGAN ENTERPRISES, INC., AS

8                                     TRUSTEE UNDER THE TRUST FOR CERTAIN
CREDITORS OF CONSOLIDATED

9                                     FREIGHTWAYS CORPORATION AND CERTAIN
AFFILIATES

10

11                                   By:_/s/ Carmela T. Pagay_

12                                        DAVID L. NEALE
CARMELA T. PAGAY

13                                        LEVENE, NEALE, BENDER,
YOO & BRILL L.L.P.

14                                        General Counsel for the Trust

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT "A"

**Consolidated Freightways Corporation**          **EXHIBIT A**
**Cash Flow Summary**
**(Dollars in thousands)**

| As of ----> | 10/1/11 - 3/30/12 $-Amount | 9/2/02 - 3/30/12 $-Amount |
|---|---:|---:|
| **BEGINNING CASH** | $    18,688 | $    20,741 |
| **INFLOWS:** | | |
| Real estate gross proceeds | $0 | $425,473 |
| AR collections | 0 | 222,168 |
| Preference recoveries, net | 0 | 5,453 |
| Return of excess collateral | 16,961 | 35,982 |
| Other | 2 | 149,295 |
| **TOTAL INFLOWS** | $16,963 | $838,371 |
| **OUTFLOWS:** | | |
| Wind-down Costs: | | |
| Secured debt | | 277,562 |
| Operating expenses | 260 | 189,769 |
| Debtor & Committee legal & consulting | 336 | 37,441 |
| Income tax expense | 0 | 5,261 |
| Total Wind-down Costs | $        596 | $    510,033 |
| Creditor Distributions: | | |
| WARN & vacation priority payments | - | 45,606 |
| Distribution to allowed unsecured claimants | 12 | 175,411 |
| Priority tax payments | - | 10,028 |
| Consol Stip pymts to Pension Funds & PBGC | - | 75,643 |
| Admn and other | - | 5,092 |
| ACC stipulation payments | - | 2,256 |
| Total Distributions | 12 | 314,036 |
| **TOTAL OUTFLOWS** | $        608 | $    824,069 |
| **ENDING CASH** | $    35,043 | $    35,043 |

# POST-CONFIRMATION STATUS REPORT

*(To be filed quarterly with the Office of the United States Trustee, at 3420 Twelfth St. Ste 200, Riverside, CA 92501 in all chapter 11 confirmed plan cases, until a final decree is entered)*

**THIS REPORT IS FOR U.S. TRUSTEE PURPOSES ONLY. YOU MAY BE REQUIRED TO FILE ADDITIONAL REPORTS WITH THE BANKRUPTCY COURT**

Case Name:   In re Consolidated Freightways Corporation of Delaware, et al., Debtors

Case No.:   RS-02-24284-MG                    Quarter Ending: 12/31/2011

Date Order was entered confirming plan: November 22, 2004

Person responsible for filing this report:  Kerry K. Morgan, President for K. Morgan Enterprises, Inc., solely in its capacity as trustee of the Trust for Certain Creditors of Consolidated Freightways Corporation and Certain Affiliates.

Telephone # (360) 448-4700          Fax # (360) 448-4344

Distributing Agent (if any):  Epiq Systems (formerly Poorman-Douglas Corporation)

### SUMMARY OF DISBURSEMENT MADE DURING THE QUARTER*

Disbursements made under the plan          $ 361,567.67

Other disbursements                        $    N/A   .

          Total Disbursements              $ 361,567.67

**\*ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR OR BEHALF OF THE REORGANIZED DEBTOR, BE THEY UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSES OF CALCULATING QUARTERLY FEES.**

1.     Projected date of final decree:  Anticipate the estate may file a final decree the latter half of 2012.

2.     What needs to be achieved before a final decree will be sought:  (a) resolution of four disputed claims and (b) final distribution to creditors.

3.     Narrative events which impact upon the ability to perform under the reorganization plan or other significant events that have occurred during the reporting period:  There were no events which impact upon the ability to perform under the plan of liquidation.  During the quarter ended December 31, 2011, the Trust received approximately $1,000 from asset sales, interest and

various refunds and collections. The Trust made approximately $12,000 in various distributions during the quarter.

4.     Date last U.S. Trustee Fee paid: <u>10/17/2011</u>              Amount Paid: <u>$4,875</u>

**I declare under penalty of perjury that the information contained in this document is true, complete and correct.**

Dated 1/17/2012                                                         _____ (signature)
President for K. Morgan Enterprises, Inc., solely in
its Capacity as trustee of The Trust for Certain
Creditors of Consolidated Freightways Corporation
and Certain Affiliates

LA\1373246.1

# POST-CONFIRMATION STATUS REPORT

*(To be filed quarterly with the Office of the United States Trustee, at 3420 Twelfth St. Ste 200, Riverside, CA 92501 in all chapter 11 confirmed plan cases, until a final decree is entered)*

## THIS REPORT IS FOR U.S. TRUSTEE PURPOSES ONLY. YOU MAY BE REQUIRED TO FILE ADDITIONAL REPORTS WITH THE BANKRUPTCY COURT

Case Name:   In re Consolidated Freightways Corporation of Delaware, et al., Debtors

Case No.:    RS-02-24284-MG                          Quarter Ending:  3/30/2012

Date Order was entered confirming plan:  November 22, 2004

Person responsible for filing this report:  Kerry K. Morgan, President for K. Morgan Enterprises, Inc., solely in its capacity as trustee of the Trust for Certain Creditors of Consolidated Freightways Corporation and Certain Affiliates.

Telephone # (360) 448-4700       Fax # (360) 448-4344

Distributing Agent (if any):  Epiq Systems (formerly Poorman-Douglas Corporation)

## SUMMARY OF DISBURSEMENT MADE DURING THE QUARTER*

Disbursements made under the plan          $ 446,132.05

Other disbursements                        $   N/A   .

    Total Disbursements                $ 446,132.05

## *ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR OR BEHALF OF THE REORGANIZED DEBTOR, BE THEY UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSES OF CALCULATING QUARTERLY FEES.

1.    Projected date of final decree:  Anticipate the estate may file a final decree the latter half of 2012.

2.    What needs to be achieved before a final decree will be sought:  (a) resolution of administrative closure matters and (b) final distribution to creditors.

3.    Narrative events which impact upon the ability to perform under the reorganization plan or other significant events that have occurred during the reporting period:  There were no events which impact upon the ability to perform under the plan of liquidation.  During the quarter ended

LA\1373246.1

March 30, 2012, the Trust received $16.96 million in collateral recovery and approximately $1,000 from interest and collections.

4.    Date last U.S. Trustee Fee paid: 1/20/2012          Amount Paid: $4,875

**I declare under penalty of perjury that the information contained in this document is true, complete and correct.**

Dated  4/6/2012

_____ (signature)
President for K. Morgan Enterprises, Inc., solely in its Capacity as trustee of The Trust for Certain Creditors of Consolidated Freightways Corporation and Certain Affiliates

LA\1373246.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

A true and correct copy of the foregoing document described as CF TRUST'S POST CONFIRMATION STATUS REPORT AS OF MARCH 30, 2012 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 13, 2012, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Robert E Huttenhoff rhuttenhoff@shbllp.com
- Jeff D Kahane jkahane@duanemorris.com
- Ira Benjamin Katz IKatz@GershuniKatz.com
- Daniel E Kenney dkenney@hfdclaw.com
- Stuart I Koenig Skoenig@cmkllp.com
- Solmaz Kraus skraus@gibsondunn.com, skraus@gibsondunn.com
- John P Kreis jkreis@attglobal.net
- Jeffrey A Krieger jkrieger@ggfirm.com
- Lorraine L Loder lloder@sbcglobal.net
- Michael S Lurey michael.lurey@lw.com, colleen.rico@lw.com
- Daniel J McCarthy dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;docket@hillfarrer.com
- Ashley M McDow amcdow@mbnlawyers.com
- Martin P Meyers martin@sussmanshank.com
- Elissa Miller emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Elissa D Miller , asokolowski@sulmeyerlaw.com
- Craig Millet cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com
- John W Mills john.mills@btlaw.com
- Richard M Moneymaker rmm@moneymakerlaw.com
- Kelly L Morrison kelly.l.morrison@usdoj.gov
- Tania M Moyron tmoyron@pwkllp.com
- Randall P Mroczynski randym@cookseylaw.com
- Vicente Matias Murrell murrell.vicente@pbgc.gov, efile@pbgc.gov
- Ramon Naguiat rnaguiat@skadden.com
- Alan I Nahmias anahmias@mbnlawyers.com, jdale@mirmanbubman.com
- Jennifer L Nassiri jnassiri@venable.com
- David L. Neale dln@lnbrb.com
- Walter K Oetzell woetzell@dgdk.com, DanningGill@gmail.com
- Carmela Pagay ctp@lnbrb.com
- Mark Palley mp@marionsinn.com
- Donna T Parkinson donna@parkinsonphinney.com
- Penelope Parmes pparmes@rutan.com
- Amy M Patterson pattersona3@michigan.gov
- Ronald B Pierce ronald.pierce@sdma.com
- Steven G Polard stevenpolard@dwt.com
- David M Reeder david@reederlaw.com, secretary@reederlaw.com
- Michael B Reynolds , kcollins@swlaw.com
- J Alexandra Rhim arhim@buchalter.com, smartin@buchalter.com
- Kenneth B Rodman - DISBARRED - ken@rodmanlaw.com
- Judith Runyon jarunyon@sbcglobal.net
- Deborah J Saltzman deborah.saltzman@dlapiper.com, bambi.clark@dlapiper.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

- Ronald H Sargis skelley@hsmlaw.com
- Allan D Sarver ADSarver@aol.com
- Mark C Schnitzer mschnitzer@rhlaw.com, mschnitzer@verizon.net
- Mark Shinderman mark.shinderman@mto.com
- Khushwant Sean Singh seansingh2003@yahoo.com
- Ross A Spector ross.spector@spectorandbennett.com, rossspector@yahoo.com
- Joseph L Steinfeld jsteinfeld@askfinancial.com
- Katherine A Traxler katietraxler@paulhastings.com
- Kim Tung ktung@dgdk.com
- United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov
- Maurice Wainer , philipj@swmfirm.com;mrwainer@swmfirm.com
- Joshua D Wayser joshua.wayser@kattenlaw.com, kim.johnson@kattenlaw.com
- David R Weinstein david.weinstein@bryancave.com, raul.morales@bryancave.com;trish.penn@bryancave.com
- William E Windham ezforms@sbcglobal.net
- Dennis Winters winterslawfirm@cs.com

## II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):

On April 13, 2012, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

### See Attached Service List-All Entities Served Via United States Mail Unless Noted Otherwise

## III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 13, 2012, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

### Judge's Courtesy Copy Sent Via Attorney Service
Hon. Peter Carroll
U.S. Bankruptcy Court
255 East Temple Street
Chambers 1534
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| April 13, 2012 | John Berwick | |
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                              F 9013-3.1.PROOF.SERVICE

Debtor

Timothy J. Farris
Office of U.S. Trustee
3685 Main St., Suite 300
Riverside, CA 92501

Kerry K. Morgan
For K. Morgan Enterprises, Inc.
Trustee of the CFC Liquidation Trust
6715 NE 63rd Street, Suite 439
Vancouver, WA 98661-1980

Alice Whitfield
Poorman-Douglas Corp.
10300 SW Allen Boulevard
Beaverton, OR 97005

Kurt Ramlo, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

Elissa D. Miller, Esq. **
Sulmeyer Kupetz, A Professional Corporation
333 South Hope Street, 35th Floor
Los Angeles, CA 90071

Cnsl-MN Self-Insurers' Security Fund
Steven Meyer/Rebecca Sluss
Oppenheimer Wolff & Donnelly LLP
3300 Plaza VII, 45 South Seventh Street
Minneapolis, MN 55402

Aetna, Inc.
c/o Robert Gebhard, Esq.
Sedgwick Detert Moran & Arnold LLP
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA 94105

ASM Capital
Doug Wolfe General Counsel
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

AT&T Corp.
c/o Reed Smith LLP
Attn: Erich S. Buck, Esq.
10 South Wacker Drive
Chicago, IL 60606

State of Colorado, Business & Licensing Sec.
Attn: Carolyn Lievers
First Assistant Attorney General
1525 Sherman Street, 5th Floor
Denver, CO 80203-1760

Columbia Tech Center LLC
Sonnenschein Nath & Rosenthal LLP
Michael Lubic, Esq./Debra Fogelman, Esq.
601 South Figueroa Street, Suite 1500
Los Angeles, CA 90017-5704

Louisiana Insurance Guaranty Assoc.
Allen & Gooch
Attn: Emile Joseph, Jr., Esq.
P.O. Box 81129
Lafayette, LA 70598-1129

Mary E. Olsen
1119 Government Street
Mobile, AL 36604

State of Michigan
Department of Treasury
Roland Hwang, Asst. Attorney General
P.O. Box 30754
Lansing, MI 48909

Miller & King
Attn: Jaxon E. Miller, Esq.
6529 Riverside Avenue, Suite 153
Riverside, CA 92506

State of New Jersey
Amina Maddox, Deputy Attorney General
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ 08625

Reliance Insurance Co.
Obermayer Rebmann Maxwell Hippel LLP
L.J. Tabas, Esq./D. M. Richards, Esq.
One Penn Center
1617 John F. Kennedy Blvd., 19th Floor
Philadelphia, PA 19103

Safeco Insurance Company
Attn: Subrogation Department
P.O. Box 461
St. Louis, MO 63116

Sonnenschein Nath & Rosenthal LLP
Michael Lubic, Esq./Debra Fogelman, Esq.
601 South Figueroa Street, Suite 1500
Los Angeles, CA 90017-5704

Stuart R. Schwarts
Fleet Capital Corporation
Mailcode: IL1-231-16-46
231 South LaSalle Street
Chicago, IL 60697

Teamsters Union 25 Health Svcs./Ins. Plan
Dwyer and Duddy, PC
C.C. Duddy, Esq./M.E. Dwyer, Esq.
25 Burlington Mall Road, Suite 411
Burlington, MA 01803

Robert L. Carlton, Esq. **
Martin P. Meyers, Esq. **
Sussman Shank LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089

Oversight Committee Chair
Robert Coco, Esq.
Central States Southeast and Southwest
Areas Pension Fund/Law Department
9377 West Higgins Road
Rosemont, IL 60018

Vincent M. DeBella
Paravati, Karl, Green & DeBella
Atty for NY State Teamsters, Cte. Mbr
12 Steuben Park
Utica, NY 13501-2992

Fred Perillo, Esq.
Previant, Goldberg, Uelmen, Gratz
1555 North River Center Drive, #202
P.O. Box 12993
Milwaukee, WI 53212

Thomas J. Angell, Esq.
Jacobs, Burns, Orlove, Stanton et al
122 So. Michigan Avenue, Suite 1720
Chicago, IL 60603-6145

** SERVED VIA NEF

LA\1367799.1