1   DAVID L. NEALE (SBN 141225)
    CARMELA T. PAGAY (SBN 195603)
2   LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
3   10250 Constellation Boulevard, Suite 1700
    Los Angeles, California 90067
4   Telephone: (310) 229-1234
    Facsimile: (310) 229-1244
5   Emails: DLN@LNBYB.COM; CTP@LNBYB.COM

6   General Counsel for the Trust for Certain
    Creditors of Consolidated Freightways
7   Corporation and Certain Affiliates

8                   UNITED STATES BANKRUPTCY COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

                            RIVERSIDE DIVISION
10

11  In re                          )   Case No. 6:02-bk-24284 PC
                                    )
12  CONSOLIDATED FREIGHTWAYS        )   Chapter 11
    CORPORATION OF DELAWARE, et     )
13  al.,                            )   (Jointly Administered with Cases No. 6:02-
                                    )   bk-24289 PC; 6:02-bk-24287 PC; 6:02-bk-
14              Debtors.            )   24293 PC; 6:02-bk-24294 PC; and 6:02-bk-
                                    )   24295 PC)
15                                  )
                                    )   NOTICE OF MOTION AND MOTION
16                                  )   FOR ENTRY OF FINAL DECREE AND
                                    )   CLOSING CHAPTER 11 CASES;
17                                  )   MEMORANDUM OF POINTS AND
                                    )   AUTHORITIES; DECLARATION OF
18                                  )   KERRY K. MORGAN IN SUPPORT
                                    )   THEREOF
19                                  )
                                    )   [NO HEARING REQUIRED]
20                                  )
                                    )
21                                  )
                                    )
22                                  )
                                    )
23                                  )
                                    )
24                                  )
                                    )
25                                  )
                                    )
26                                  )
                                    )
27  _____)

28

1   TO THE HONORABLE PETER H. CARROLL, UNITED STATES BANKRUPTCY

2   JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND INTERESTED

3   PARTIES:

4
        PLEASE TAKE NOTICE that K. Morgan Enterprises, Inc., as
5
    trustee (the "Trustee") under the Trust for Certain Creditors of
6
    Consolidated Freightways Corporation and Certain Affiliates (the
7
8   "Trust"), as successor in interest to Consolidated Freightways

9   Corporation of Delaware ("CF" or the "Debtors"), created pursuant

10  to the Debtors' Consolidated Plan of Liquidation, dated July 1,

11  2004 (As Amended), confirmed by Order of the Court entered on

12  November 22, 2004 (the "Plan"), hereby files its notice (the

13
    "Notice") and motion (the "Motion") for entry of a final decree
14
    and closing the above-captioned Chapter 11 cases.
15

16      On November 22, 2004, the Court confirmed the Debtors'

17  Consolidated Plan of Liquidation, dated July 1, 2004 (As Amended)

18  (the "Plan").

19      On December 13, 2004, the Plan became effective (the

20  "Effective Date"). All distributions required to be made under

21
    the Plan have been made. All disputed claims have been resolved.
22
    There are no pending matters or adversary proceedings and all
23
24  final applications for approval of compensation and reimbursement

25  of expenses incurred by professionals employed in the Debtors'

26  case have been filed and approved by this Court. All outstanding

27  fees to the Office of the United States Trustee, to the extent

28

1  not paid, will be paid prior to entry of the Final Decree.

2  Accordingly, the Plan has now been substantially consummated.

3  **PLEASE TAKE FURTHER NOTICE** that the Notice and the Motion

4  are based upon the annexed Memorandum of Points and Authorities

5  and the Declaration of Kerry K. Morgan, the entire record of this

6  case, the statements, arguments and representations of counsel to

7  be made at the hearing on the Motion, if any, and any other

8  evidence properly presented to the Court.

9

10  **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule

11  9013-1(o)(1), the Trustee has requested that the Court rule upon

12  the Motion without the need for a hearing thereon. Pursuant to

13  Local Rule 9013-1(o)(1)(A)(ii), any response to the Motion and

14  request for a hearing with respect thereto, must be filed with

15  the Clerk of the Bankruptcy Court and served upon counsel for the

16  Trustee at the address set forth in the upper left-hand corner of

17  the first page of this Notice and Motion within 14 days after the

18  date of service of the Notice.

19

20  **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local

21  Bankruptcy Rule 9013-1(h), the failure to file and serve a timely

22  opposition to the Motion may be deemed by the Court to constitute

23  consent to the Court's granting of the relief sought by the

24  Trustee.

25

26  **WHEREFORE**, the Trustee respectfully requests that the Court

27  enter an order:

28

2

1     1.   Granting the Motion in its entirety;

2     2.   Providing for a final decree closing these Chapter 11

3   cases;

4

5     3.   Authorizing the Trustee to take any further action as

6   may be necessary to terminate the Trust, including, without

7   limitation, destruction of any remaining books and records of the

8   Debtors notwithstanding any prior agreements or orders, including

9   segregated files created under the Stipulation Between the

10  Trustee and United States Fidelity and Guaranty Company, USF&G

11  Specialty Insurance Company, and Fidelity and Guaranty Insurance

12  Company re the Disposition of Certain Books and Records and

13  Electronic Files dated July 6, 2010, the shutting down of data

14

15  systems, dissolution of the Oversight Committee, and resignation

16  of the Trustee; and

17     4.   Granting such other and further relief as is just and

18  proper under the circumstances.

19  DATED: August 31, 2012     K. MORGAN ENTERPRISES, INC., AS
                              TRUSTEE UNDER THE TRUST FOR CERTAIN
20                            CREDITORS   OF   CONSOLIDATED
21                            FREIGHTWAYS CORPORATION AND CERTAIN
                              AFFILIATES
22

23                            By:/s/ Carmela T. Pagay
                              DAVID L. NEALE
24                              CARMELA T. PAGAY
                              LEVENE, NEALE, BENDER, YOO
25                              & BRILL L.L.P.
                              General Counsel for the Trust
26

27

28

3

1

**MEMORANDUM OF POINTS AND AUTHORITIES**

2

**I.**

3

**STATEMENT OF FACTS**

4

Consolidated Freightways Corporation and Certain Affiliates

5

6

(collectively, "CF" or the "Debtors") commenced these cases by

7

filing voluntary petitions for relief under chapter 11 of title

8

11, United States Code, on September 3, 2002 (the "Petition

9

Date"). No trustee was appointed, and the Debtors managed their

10

affairs as debtors in possession pursuant to 11 U.S.C. §§ 1107

11

and 1108.

12

On November 22, 2004, the Court confirmed the Debtors'

13

14

Consolidated Plan of Liquidation, dated July 1, 2004 (As Amended)

(the "Plan").

15

16

On December 13, 2004, the Plan became effective (the

17

"Effective Date"). Since the Effective Date, K. Morgan

18

Enterprises, Inc., as trustee (the "Trustee") under the Trust for

19

Certain Creditors of Consolidated Freightways Corporation and

20

Certain Affiliates, as successor in interest to Consolidated

21

Freightways Corporation of Delaware, which was created pursuant

22

23

to the Plan, has been diligently working to make distributions to

24

allowed claimants as provided in the Plan.

25

As it became necessary, the Trustee obtained authorization

26

for modifications of certain provisions of the Plan by Court

27

orders entered on November 18, 2008 and October 28, 2010.

28

4

1       All distributions required to be made under the Plan have

2  been made.  All disputed claims have been resolved.[1]  There are

3  no pending matters or adversary proceedings and all final

4  applications for approval of compensation and reimbursement of

5

6  expenses incurred by professionals employed in the Debtors' case

7  have been filed and approved by this Court.  All outstanding fees

8  to the Office of the United States Trustee, to the extent not

9  paid, will be paid prior to entry of the Final Decree.

10  Accordingly, the Plan has now been substantially consummated.

11
## II.

12
## DISCUSSION

13

14      Rule 3022 of the Federal Rules of Bankruptcy Procedure

15  provides:

16          After an estate is fully administered in a
            chapter 11 reorganization case, the court,

17          on its own motion or on motion of a party in
            interest, shall enter a final decree closing

18          the case.

19

20  Fed. R. Bankr. Proc. 3022.

21      Moreover, Section 6.13 of the Plan provides, in relevant

22  part, as follows:

23  ///

24

25

26  [1]    This includes any claims concerning undeliverable payments, which
    pursuant to the Plan as modified by order entered on October 28, 2010,

27  can no longer be asserted by holders of such claims after such payments
    are held by the Trust for 90 days after the date of return of the

28  payment to the Trust.

                          5

1
2
3
4
5
6
7
8
9
10

> When the Consolidated Estate has been fully administered, all Disputed Claims against the Debtors have become Allowed Claims or have been Disallowed by Final Order, all adversary proceedings or contested matters pending before the Court have been resolved by Final Orders, the Trustee has been terminated in accordance with the terms of the Trust Agreement, and all Cash has been distributed in accordance with the Plan, or at such earlier time as the Trustee and the Oversight Committee deem appropriate, the Trust shall seek authority from the Court to close the Cases in accordance with the Bankruptcy Code and the Bankruptcy Rules.

11
12
13
14
15
16
17
18
19
20
21
22
23

As set forth above, the Plan has been substantially consummated. All distributions required to be made under the Plan have been made. All disputed claims have been resolved.[2] There are no pending matters or adversary proceedings and all final applications for approval of compensation and reimbursement of expenses incurred by professionals employed in the Debtors' case have been filed and approved by this Court. The Trustee believes that all outstanding fees due to the Office of the United States Trustee have been paid, but will ensure full payment of any outstanding fees prior to the entry of the Final Decree.

24
25
26
27
28

---

[2]  This includes any claims concerning undeliverable payments, which pursuant to the Plan as modified by order entered on October 28, 2010, can no longer be asserted by holders of such claims after such payments are held by the Trust for 90 days after the date of return of the payment to the Trust.

6

Given the substantial consummation of the Plan, the Trustee respectfully submits that these bankruptcy estates have been substantially administered and should therefore be closed. In order to facilitate the closing, the Trustee intends to proceed with destruction of any remaining books and records of the Debtors notwithstanding any prior agreements or orders, including segregated files created under the Stipulation Between the Trustee and United States Fidelity and Guaranty Company, USF&G Specialty Insurance Company, and Fidelity and Guaranty Insurance Company re the Disposition of Certain Books and Records and Electronic Files dated July 6, 2010, the shutting down of data systems, dissolution of the Oversight Committee, and resignation of the Trustee, and any other such action as necessary to terminate the Trust.

## III.

## CONCLUSION

Based upon all of the foregoing, the Trustee respectfully requests that the Court (1) enter a final decree closing the Debtors' Chapter 11 cases; (2) enter an order authorizing the Trustee to take any further action as may be necessary to terminate the Trust, including, without limitation, destruction of any remaining books and records of the Debtors notwithstanding any prior agreements or orders, including segregated files created under the Stipulation Between the Trustee and United

7

1   States Fidelity and Guaranty Company, USF&G Specialty Insurance

2   Company, and Fidelity and Guaranty Insurance Company re the

3   Disposition of Certain Books and Records and Electronic Files

4   dated July 6, 2010, the shutting down of data systems,

5
    dissolution of the Oversight Committee, and resignation of the
6

7   Trustee; and (3) enter an order granting such further and

8   additional relief as the Court deems just and proper.

9   DATED: August 31, 2012            K.  MORGAN  ENTERPRISES,  INC.,  AS
                                       TRUSTEE UNDER THE TRUST FOR CERTAIN
10                                     CREDITORS       OF       CONSOLIDATED
                                       FREIGHTWAYS CORPORATION AND CERTAIN
11                                     AFFILIATES

12

13                                     By:/s/ Carmela T. Pagay
                                          DAVID L. NEALE
14                                        CARMELA T. PAGAY
                                          LEVENE, NEALE, BENDER, YOO
15                                          & BRILL L.L.P.
                                          General Counsel for the Trust
16

17

18

19

20

21

22

23

24

25

26

27

28

                                       8

1

## DECLARATION OF KERRY K. MORGAN

2

I, Kerry K. Morgan, hereby declare as follows:

3

4    1.    I am the President of K. Morgan Enterprises, Inc., the

5    Trustee under the Trust for Certain Creditors (the "Trust") of

6    Consolidated Freightways Corporation and Certain Affiliates, as

7    successor in interest to Consolidated Freightways Corporation of

8    Delaware, created pursuant to the Debtors' Consolidated Plan of

9    Liquidation, dated July 1, 2004 (As Amended), confirmed by Order

10   of the Court entered on November 22, 2004.    I have personal

11   knowledge of the facts set forth below and, if called as a

12   witness, I would and could competently testify thereto.

13

14   2.    I submit this Declaration in support of the motion (the

15   "Motion") for entry of a final decree and closing the above-

16   captioned Chapter 11 cases.

17   3.    Consolidated Freightways Corporation and Certain

18   Affiliates (collectively, "CF" or the "Debtors") commenced these

19   cases by filing voluntary petitions for relief under chapter 11

20   of title 11, United States Code, on September 3, 2002 (the

21   "Petition Date").    No trustee was appointed, and the Debtors

22   managed their affairs as debtors in possession pursuant to 11

23   U.S.C. §§ 1107 and 1108.

24

25   4.    On November 22, 2004, the Court confirmed the Debtors'

26   Consolidated Plan of Liquidation, dated July 1, 2004 (As Amended)

27   (the "Plan").

28

9

1    5.    On December 13, 2004, the Plan became effective (the

2    "Effective Date"). Since the Effective Date, my staff and I have

3    been diligently working to make distributions to allowed

4    claimants as provided in the Plan.

5
     6.    As it became necessary, I obtained authorization for
6
     modifications of certain provisions of the Plan by Court orders
7
     entered on November 18, 2008 and October 28, 2010.
8

9    7.    All distributions required to be made under the Plan

10   have been made. All disputed claims have been resolved.[3]  To the

11   best of my knowledge, there are no pending matters or adversary

12   proceedings and all final applications for approval of

13   compensation and reimbursement of expenses incurred by
14
     professionals employed in the Debtors' case have been filed and
15
     approved by this Court.
16

17   8.    I believe that that all outstanding fees due to the

18   Office of the United States Trustee have been paid, but will

19   ensure full payment of any outstanding fees prior to the entry of

20   the Final Decree.
21
     9.    Given the substantial consummation of the Plan, I
22
     intend to proceed with destruction of any remaining books and
23

24

25

26   ³    This includes any claims concerning undeliverable payments, which
     pursuant to the Plan as modified by order entered on October 28, 2010,
27   can no longer be asserted by holders of such claims after such payments
     are held by the Trust for 90 days after the date of return of the
28   payment to the Trust.

records of the Debtors notwithstanding any prior agreements or orders, including segregated files created under the Stipulation Between the Trustee and United States Fidelity and Guaranty Company, USF&G Specialty Insurance Company, and Fidelity and Guaranty Insurance Company re the Disposition of Certain Books and Records and Electronic Files dated July 6, 2010, the shutting down of data systems, dissolution of the Oversight Committee, and any other action as may be necessary to terminate the Trust, which shall be followed by my resignation.

Executed on this 31st day of August, 2012, at Vancouver, Washington.

Kerry K. Morgan

11

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

A true and correct copy of the foregoing document entitled NOTICE OF MOTION AND MOTION FOR ENTRY OF FINAL DECREE AND CLOSING CHAPTER 11 CASES; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF KERRY K. MORGAN IN SUPPORT THEREOF will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 31, 2012, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Gregory S Abrams jbothell@askfinancial.com
- Franklin C Adams franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com;lisa.spencer@bbklaw.com;bknotices@bbklaw.com
- William Bates bill.bates@bingham.com
- Catherine E Bauer Catherine.Bauer@usdoj.gov
- Bradley D Blakeley bblakeley@blakeleyllp.com, seb@blakeleyllp.com;rclifford@blakeleyllp.com;ecf@blakeleyllp.com;jwhite@blakeleyllp.com
- Scott E Blakeley , ecf@blakeleyllp.com
- J Scott Bovitz bovitz@bovitz-spitzer.com
- Sandor T Boxer tedb@tedboxer.com
- William S Brody wbrody@buchalter.com, rreeder@buchalter.com;IFS_filing@buchalter.com
- Peter C Bronson pbronson@pbronsonlaw.com
- Jennifer K Brooks jennifer.brooks@kattenlaw.com
- Michael J Bujold Michael.J.Bujold@usdoj.gov
- William M. Burd wmburd@burd-naylor.com
- Catherine M Campbell cmc@fczlaw.com
- Robert Carlton bobc@sussmanshank.com, ecf.robert.carlton@sussmanshank.com
- Scott C Clarkson sclarkson@lawcgm.com
- Alan J Cohen acohen@cohenlawla.com
- Jerome S Cohen jsc@jscbklaw.com
- Leslie A Cohen leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;Brian@lesliecohenlaw.com
- Theodore A Cohen tcohen@sheppardmullin.com, amontoya@sheppardmullin.com
- David J Cook Cook@SqueezeBloodFromTurnip.com
- David J. Cook cookdj@aol.com
- Joseph E Cotterman jec@gknet.com
- Donald H Cram dhc@severson.com
- Jon L Dalberg jdalberg@lgbfirm.com, ncereseto@lgbfirm.com;jcasillas@lgbfirm.com
- Melissa Davis mdavis@shbllp.com
- Willis B Douglass Willis.B.Douglass@irscounsel.treas.gov
- Richard T Egger richard.egger@bbklaw.com
- Christopher P Fields chrisfields@leefieldslaw.com
- Duane M Geck dmg@severson.com
- Andrew A Goodman agoodman@goodmanfaith.com
- Adam M Greely agreely@galfinpasson.com
- Everett L Green everett.l.green@usdoj.gov
- Ann H Grosberg hillary@hillarygrosberg.com
- Steven T Gubner sgubner@ebg-law.com, ecf@ebg-law.com
- Sheri R Handel sheribruin@yahoo.com
- Kenneth Hennesay khennesay@allenmatkins.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

- Robert E Huttenhoff rhuttenhoff@shbllp.com
- Jeff D Kahane jkahane@duanemorris.com
- Ira Benjamin Katz IKatz@GershuniKatz.com
- Daniel E Kenney dkenney@hfdclaw.com
- Stuart I Koenig Skoenig@cmkllp.com
- Solmaz Kraus skraus@gibsondunn.com, skraus@gibsondunn.com
- John P Kreis jkreis@attglobal.net
- Jeffrey A Krieger , kwoodson@greenbergglusker.com
- Jeffrey A Krieger jkrieger@ggfirm.com, kwoodson@greenbergglusker.com
- Lorraine L Loder lloder@sbcglobal.net, s.voss@att.net
- Michael S Lurey michael.lurey@lw.com, colleen.rico@lw.com
- Daniel J McCarthy dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;docket@hillfarrer.com
- Ashley M McDow amcdow@mbnlawyers.com, aacosta@mbnlawyers.com
- Martin P Meyers martin@sussmanshank.com
- Elissa Miller emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Elissa D Miller , asokolowski@sulmeyerlaw.com
- Craig Millet cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com
- John W Mills john.mills@btlaw.com
- Richard M Moneymaker rmm@moneymakerlaw.com
- Kelly L Morrison kelly.l.morrison@usdoj.gov
- Tania M Moyron tmoyron@peitzmanweg.com
- Randall P Mroczynski randym@cookseylaw.com
- Vicente Matias Murrell murrell.vicente@pbgc.gov, efile@pbgc.gov
- Ramon Naguiat rnaguiat@skadden.com
- Alan I Nahmias anahmias@mbnlawyers.com, jdale@mirmanbubman.com
- Jennifer L Nassiri jnassiri@venable.com
- David L. Neale dln@lnbrb.com
- Scott H Noskin snoskin@mbnlawyers.com, amcdow@mbnlawyers.com;aacosta@mbnlawyers.com
- Walter K Oetzell woetzell@dgdk.com, DanningGill@gmail.com
- Carmela Pagay ctp@lnbrb.com
- Mark Palley mp@marionsinn.com
- Donna T Parkinson donna@parkinsonphinney.com
- Penelope Parmes pparmes@rutan.com
- Amy M Patterson pattersona3@michigan.gov
- Ronald B Pierce ronald.pierce@sdma.com
- Steven G Polard stevenpolard@dwt.com
- David M Reeder david@reederlaw.com, secretary@reederlaw.com
- Michael B Reynolds , kcollins@swlaw.com
- J Alexandra Rhim arhim@buchalter.com, smartin@buchalter.com
- Kenneth B Rodman - DISBARRED - ken@rodmanlaw.com
- Judith Runyon jarunyon@sbcglobal.net
- Deborah J Saltzman deborah.saltzman@dlapiper.com, bambi.clark@dlapiper.com
- Ronald H Sargis skelley@hsmlaw.com
- Allan D Sarver ADSarver@aol.com
- Mark C Schnitzer mschnitzer@rhlaw.com, mschnitzer@verizon.net
- Mark Shinderman mshinderman@milbank.com
- Khushwant Sean Singh seansingh2003@yahoo.com
- Ross A Spector ross.spector@spectorandbennett.com, rossspector@yahoo.com
- Joseph L Steinfeld jsteinfeld@askfinancial.com
- Katherine A Traxler katietraxler@paulhastings.com
- Kim Tung ktung@dgdk.com
- United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov
- Maurice Wainer , philipj@swmfirm.com;mrwainer@swmfirm.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

- Joshua D Wayser joshua.wayser@kattenlaw.com, kim.johnson@kattenlaw.com
- David R Weinstein david.weinstein@bryancave.com, raul.morales@bryancave.com;trish.penn@bryancave.com
- William E Windham ezforms@sbcglobal.net
- Dennis Winters winterslawfirm@cs.com

## 2. **SERVED BY UNITED STATES MAIL**:

On August 31, 2012, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

### See Attached Service List

## 3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 31, 2012, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Judge's Courtesy Copy Sent Via Attorney Service**
Hon. Peter Carroll
U.S. Bankruptcy Court
255 East Temple Street
Chambers 1460
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 31, 2012 | John Berwick | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# F 9013-3.1.PROOF.SERVICE

Timothy J. Farris
Office of U.S. Trustee
3685 Main St., Suite 300
Riverside, CA 92501

Debtor
Kerry K. Morgan
For K. Morgan Enterprises, Inc.
Trustee of the CFC Liquidation Trust
6715 NE 63rd Street, Suite 439
Vancouver, WA 98661-1980

Alice Whitfield
Poorman-Douglas Corp.
10300 SW Allen Boulevard
Beaverton, OR 97005

Kurt Ramlo, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

Elissa D. Miller, Esq.
Sulmeyer Kupetz, A Professional Corporation
333 South Hope Street, 35th Floor
Los Angeles, CA 90071

Cnsl-MN Self-Insurers' Security Fund
Steven Meyer/Rebecca Sluss
Oppenheimer Wolff & Donnelly LLP
3300 Plaza VII, 45 South Seventh Street
Minneapolis, MN 55402

Aetna, Inc.
c/o Robert Gebhard, Esq.
Sedgwick Detert Moran & Arnold LLP
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA 94105

ASM Capital
Doug Wolfe General Counsel
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

AT&T Corp.
c/o Reed Smith LLP
Attn: Erich S. Buck, Esq.
10 South Wacker Drive
Chicago, IL 60606

State of Colorado, Business & Licensing Sec.
Attn: Carolyn Lievers
First Assistant Attorney General
1525 Sherman Street, 5th Floor
Denver, CO 80203-1760

Columbia Tech Center LLC
Sonnenschein Nath & Rosenthal LLP
Michael Lubic, Esq./Debra Fogelman, Esq.
601 South Figueroa Street, Suite 1500
Los Angeles, CA 90017-5704

Louisiana Insurance Guaranty Assoc.
Allen & Gooch
Attn: Emile Joseph, Jr., Esq.
P.O. Box 81129
Lafayette, LA 70598-1129

Mary E. Olsen
1119 Government Street
Mobile, AL 36604

State of Michigan
Department of Treasury
Roland Hwang, Asst. Attorney General
P.O. Box 30754
Lansing, MI 48909

Miller & King
Attn: Jaxon E. Miller, Esq.
6529 Riverside Avenue, Suite 153
Riverside, CA 92506

State of New Jersey
Amina Maddox, Deputy Attorney General
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ 08625

Reliance Insurance Co.
Obermayer Rebmann Maxwell Hippel LLP
L.J. Tabas, Esq./D. M. Richards, Esq.
One Penn Center
1617 John F. Kennedy Blvd., 19th Floor
Philadelphia, PA 19103

Safeco Insurance Company
Attn: Subrogation Department
P.O. Box 461
St. Louis, MO 63116

Sonnenschein Nath & Rosenthal LLP
Michael Lubic, Esq./Debra Fogelman, Esq.
601 South Figueroa Street, Suite 1500
Los Angeles, CA 90017-5704

Stuart R. Schwarts
Fleet Capital Corporation
Mailcode: IL1-231-16-46
231 South LaSalle Street
Chicago, IL 60697

Teamsters Union 25 Health Svcs./Ins. Plan
Dwyer  and Duddy, PC
C.C. Duddy, Esq./M.E. Dwyer, Esq.
25 Burlington Mall Road, Suite 411
Burlington, MA 01803

Robert L. Carlton, Esq.
Martin P. Meyers, Esq.
Sussman Shank LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089

Oversight Committee Chair
Robert Coco, Esq.
Central States Southeast and Southwest
Areas Pension Fund/Law Department
9377 West Higgins Road
Rosemont, IL 60018

Vincent M. DeBella
Paravati, Karl, Green & DeBella
Atty for NY State Teamsters, Cte. Mbr
12 Steuben Park
Utica, NY 13501-2992

Fred Perillo, Esq.
Previant, Goldberg, Uelmen, Gratz
1555 North River Center Drive, #202
P.O. Box 12993
Milwaukee, WI 53212

Thomas J. Angell, Esq.
Jacobs, Burns, Orlove, Stanton et al
122 So. Michigan Avenue, Suite 1720
Chicago, IL 60603-6145

Attorneys for USF&G
William Bates III
Bingham McCutchen LLP
1900 University Avenue
East Palo Alto, CA 94303

Attorneys for USF&G
William Bates III
Bingham McCutchen LLP
1117 S. California Avenue
Palo Alto, CA 94304

Attorneys for USF&G
Craig H. Millet
Solmaz Kraus
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA 92612

Attorneys for USF&G
April Gassler
Thompson, Loss & Judge, LLP
Two Lafayette Centre
1133 21st Street, NW, Suite 450
Washington, DC 20036

ALABAMA DEPARTMENT OF REVENUE
INCOME TAX DIV. WITHHOLDING TAX
P O BOX 327488
MONTGOMERY, AL 36132-7488

ALABAMA DPT INDUSTRIAL RELATNS
AUDIT & CASHIERING UNIT-RM 407
649 MONROE ST-CENT OFFC TAX OP
MONTGOMERY, AL 36131

ALASKA DEPARTMENT OF LABOR
EMPLOYMENT SECURITY DIVISION
P O BOX 25509
JUNEAU, AK 99802

ALLEN COUNTY
OCCUPATIONAL TAX OFFICE
PO BOX 115
SCOTTSVILLE, KY 42164

ARIZONA DEPARTMENT OF REVENUE
WITHHOLDING DIVISION
1600 W. MONROE
PHOENIX, AZ 85007

ARIZONA DEPT OF ECONOMIC
SECURITY
RESEARCH ADMIN - ES 202 UNIT 733A
PO BOX 6029
PHOENIX, AZ 85005-9911

ARKANSAS DEPT OF FINANCE AND
ADMINISTRATION
P.O. BOX 3628
LITTLE ROCK, AR 72203-3628

ARKANSAS DEPT OF WORKFORCE
SRV
EMPLOYMENT SECURITY DIVISION
P.O. BOX 8007
LITTLE ROCK, AR 72203-8007

ASHTABULA INCOME TAX
P. O. BOX 601
ASHTABULA, OH 44005

BATAVIA VILLAGE
389 EAST MAIN STREET
BATAVIA, OH 45103

BATH COUNTY FISCAL COURT
TAX ADMINISTRATOR
19 EAST MAIN STREET
OWINGSVILLE, KY 40360

BATTLE CREEK (1)
PO BOX 1982 ROOM 104 CITY HALL
BATTLE CREEK, MI 49016

Berkheimer Tax Administrator
PO Box 21570
Lehigh Valley, PA 18002-1570

BOONE COUNTY FINANCE DEPT
OCCUPATIONAL LICENSE DEPT
PO BOX 960 2950 WASHINGTON
STREET
BURLINGTON, KY 41005

BOURBON COUNTY OCCUP. LIC. FEE
BOURBON COUNTY TREASURER
301 MAIN STREET
PARIS, KY 40361

BOWERSTON VILLAGE
INCOME TAX DEPT
PO BOX 262
BOWERSTON, OH 44695

BOWLING GREEN FINANCE DEPT.
FINANCE DEPT
PO BOX 1410 1017 COLLEGE STREET
BOWLING GREEN, KY 42102-1410

BOYD COUNTY OCCUPATIONAL TAX
TAX ADMINISTRATOR
PO BOX 423 - 2800 LOUISE ST
CATLETTSBURG, KY 41129

BOYLE COUNTY COURTHOUSE
TAX ADMINISTRATOR'S OFFICE
321 WEST MAIN STREET, ROOM 117
DANVILLE, KY 40422-1848

BRYAN CITY INCOME TAX
PO BOX 190
BRYAN, OH 43506

CALIFORNIA EMPLOYMENT
DEVELOPMENT DEPT
800 CAPITOL MALL
SACRAMENTO, CA 95812

CAMPBELL COUNTY PAYROLL TAX
DEPT
24 W FOURTH STREEET
NEWPORT, KY 41072-0340

CAMPBELLSVILLE
OCCUPATIONAL TAX
203 N COURT ST STE 10
CAMPBELLSVILLE, KY 42718

CAPITAL TAX BUREAU CARLISLE
CAPITAL TAX COLLECTION BUREAU
19 S HANOVER ST STE 102
CARLISLE, PA 17013-3336

CAPITAL TAX BUREAU HARRISBURG
CAPITAL TAX COLLECTION BUREAU
2301 NORTH 3RD STREET
HARRISBURG, PA 17110-1893

CAPITAL TAX BUREAU HUNTINGDON
CAPITAL TAX COLLECTION BUREAU
14787 CROGHAN PIKE
MOUNT UNION, PA 17066

CAPITAL TAX BUREAU SOMERSET
CAPITAL TAX COLLECTION BUREAU
PO BOX 146
SOMERSET, PA 15501

CARROLL COUNTY
OCCUPATIONAL TAX ADMINISTRATOR
440 MAIN STREET, 2ND FLOOR
CARROLLTON, KY 41008

CENTRAL COLLECTION AGENCY
205 WEST ST CLAIRE
CLEVELAND, OH 44113

CITY CLERK
CITY OF BENTON
101 EAST ELEVENTH STREET
BENTON, KY 42025-1513

CITY CLERK
206 N MAGNOLIA
TOMPKINSVILLE, KY 42167

CITY OF AKRON
1 CASCADE PLAZA 11TH FLOOR
AKRON, OH 44308-1100

CITY OF ASHLAND
OCCUPATIONAL LICENSE FEE DIVIS
PO BOX 1839
ASHLAND, KY 41105-1839

CITY OF ASHLAND
INCOME TAX DIVISION
218 LUTHER STREET
ASHLAND, OH 44805-3128

CITY OF BARDSTOWN
CITY OF BARDSTOWN, FINANCE DEP
220 N. FIFTH STREET
BARDSTOWN, KY 40004-1453

CITY OF BEDFORD
PO BOX 72450
CLEVELAND, OH 44192-0002

CITY OF BIRMINGHAM
REVENUE DIVISION
P.O. BOX 830638
BIRMINGHAM, AL 35283-0638

CITY OF BRUNSWICK
INCOME TAX DEPARTMENT
P.O. BOX 0816
BRUNSWICK, OH 44212-0816

CITY OF BUCYRUS
P. O. BOX 28
BUCYRUS, OH 44820-0028

CITY OF CAMBRIDGE
INCOME TAX DEPARTMENT
1131 STEUBENVILLE AVE
CAMBRIDGE, OH 43725

CITY OF CANFIELD
INCOME TAX DEPT
104 LISBON STREET
CANFIELD, OH 44406

CITY OF CANTON
P.O. BOX 9940
CANTON, OH 44711

CITY OF CENTERVILLE
INCOME TAX DEPARTMENT
100 WEST SPRING VALLEY ROAD
CENTERVILLE, OH 45459-6399

CITY OF CHEVIOT
INCOME TAX DEPARTMENT
3814 HARRISON AVE
CHEVIOT, OH 45211

CITY OF CHILLICOTHE
INCOME TAX DEPT
PO BOX 457
CHILLICOTHE, OH 45601

CITY OF CINCINNATI
CINCINNATI INCOME TAX BUREAU
PO BOX 634580
CINCINNATI, OH 45263-4580

CITY OF CLYDE
222 N MAIN
CLYDE, OH 43410

CITY OF COLUMBUS
EMPLOYER WITHHOLDING TAX
PO BOX 182489
COLUMBUS, OH 43218-2489

CITY OF COSHOCTON
INCOME TAX
760 CHESTNUT STREET
COSHOCTON, OH 43812-1269

CITY OF COVINGTON
FINANCE DEPARTMENT
638 MADISON AVENUE
COVINGTON, KY 41011

CITY OF CUYAHOGA FALLS
INCOME TAX DIVISION
2310 2ND STREET
CUYAHOGA FALLS, OH 44221

CITY OF CYNTHIANA
DIRECTOR OF FINANCE
P.O. BOX 67
CYNTHIANA, KY 41031

CITY OF DAYTON TAX
DIVISION OF TAXATION
PO BOX 8746
DAYTON, OH 45401-8746

CITY OF DELAWARE
INCOME TAX DEP.
P.O. BOX 496
DELAWARE, OH 43015

CITY OF DENVER
DENVER MANAGER OF REVENUE
P.O. BOX 17440 ROOM 160
DENVER, CO 80217-0440

CITY OF DOVER
MUNICIPAL BUILDING
122 EAST THIRD STRE
DOVER, OH 44622-2988

CITY OF EASTLAK
TAX DEPARTMENT
PO BOX 72485
CLEVELAND, OH 44192-04

CITY OF ELKTON
CITY CLERK
P.O. BOX 578
ELKTON, KY 42220

CITY OF EUCLID
P.O. BOX73880
CLEVELAND, OH 44

CITY OF FAIRLAWN
DIVISION OF TAXATION
P. O. BOX 5433
FAIRLAWN, OH 44334

CITY OF FINDLAY
P.O.BOX 862
FINDLAY, OH 45839

CITY OF FLORENCE
P.O. BOX 1357
FLORENCE, KY 41022-1357

CITY OF FOREST PARK
INCOME TAX DIVISION
1201 WEST KEMPER RD
CINCINNATI, OH 45240

CITY OF FOSTORIA
FOSTORIA INCOME TAX DEPT
213 SOUTH MAIN STREET
FOSTORIA, OH 44830-1007

CITY OF FRANKFORT
315 WEST SECOND STREET
P. O. BOX 697
FRANKFORT, KY 40602

CITY OF FRANKLIN
PO BOX 2805
FRANKLIN, KY 42135-2805

CITY OF GENEV
MUNICIPAL INCOME TAX DIV
44 NORTH FOREST STREET
GENEVA, OH 44041

CITY OF GREEN
DIVISION OF TAXATION
P.O. BOX 460
GREEN, OH 44232-0460

CITY OF GREENFIELD
INCOME TAX BUREAU
P.O.BOX 30
GREENFIELD, OH 45123

CITY OF GREENVILLE
DEPARTMENT OF TAXATION
100 PUBLIC SQUARE
GREENVILLE, OH 45331

CITY OF HAMILTON
DIVISION OF TAXATION
PO BOX 630314
CINCINNATI, OH 45263-0314

CITY OF HEATH
INCOME TAX BUREAU
1287 HEBRON ROAD
HEATH, OH 43056

CITY OF HENDERSON
PO BOX 671 222 FIRST STREET
HENDERSON, KY 42419

CITY OF HUBER HEIGHTS
DIVISION OF TAXATION
PO BOX 24309
DAYTON, OH 45424

CITY OF KETTERING
TAX DIVISION
P. O. BOX 293100
KETTERING, OH 45429

CITY OF LAKEWOOD
TAX ADMINISTRATOR
12805 DETROIT AVE
LAKEWOOD, OH 44107

CITY OF LANCASTER
P. O. BOX 128
LANCASTER, OH 43130

CITY OF LEBANON
TAX DIVISION
50 S BROADWAY
LEBANON, OH 45036

CITY OF LONDON
INCOME TAX DEPARTMENT
P.O. BOX 387
LONDON, OH 43140

CITY OF LOUISVILLE
215 SOUTH MILL STREET
LOUISVILLE, OH 44641

CITY OF MANSFIELD
INCOME TAX DEPARTMENT
PO BOX 577
MANSFIELD, OH 44901-0577

CITY OF MARION
TAX DEPARTMENT
233 WEST CENTER ST.
MARION, OH 43302

CITY OF MARYSVILLE
PO BOX 3385
MARYSVILLE, OH 43040

CITY OF MASON
TAX DEPARTMENT
PO BOX 633038
CINCINNATI, OH 45263-3038

CITY OF MASSILLON
CITY BUILDING
1 JAMES DUNCAN PLAZA
MASSILLON, OH 44646-6686

CITY OF MAUMEE
DIVISION OF TAXATION
400 CONANT STREET
MAUMEE, OH 43537-3

CITY OF MAYFIELD
211 E. BROADWAY
MAYFIELD, KY 42066

CITY OF MIDDLETOWN
INCOME TAX DIVISION
PO BOX 630157
CINCINNATI, OH 45263-0157

CITY OF MONROE BUTLER
INCOME TAX DIVISION
PO BOX 44847
MIDDLETOWN, OH 45044-0847

CITY OF MT VERNON
DIVISION OF TAXATION
3 N GAY STREET
MT. VERNON, OH 43050

CITY OF NAPOLEON
P.O. BOX 151
NAPOLEON, OH 43545

CITY OF NEW LEXINGTON
125 S MAIN STREET
NEW LEXINGTON, OH 43764

CITY OF NEW PHILADELPHIA
INCOME TAX DEPARTMENT
150 E HIGH AVE SUITE 041
NEW PHILADELPHIA, OH 44663

CITY OF NEWARK
NEWARK INCOME TAX DEPARTMENT
P.O. BOX 4577
NEWARK, OH 43058-4577

CITY OF NEWARK PAYROLL TAXES
SPECIAL TAXES ROOM B26
P.O. BOX 15118
NEWARK, NJ 07102

CITY OF NICHOLASVILLE
TAX COLLECTOR
P.O.BOX 450
NICHOLASVILLE, KY 40356

CITY OF NORTH CANTON
CITY INCOME TAX
145 N MAIN STREET
NORTH CANTON, OH 44720-2587

CITY OF NORTH RIDGEVILLE
INCOME TAX
7307 AVON BELDEN ROAD
NORTH RIDGEVILLE, OH 44039-3731

CITY OF NORWALK
38 WHITTLESEY AVENUE
PO BOX 440
NORWALK, OH 44857

CITY OF NORWOOD
EARNINGS TAX DEPARTMENT
LOCK BOX LOCATION 00332
CINCINNATI, OH 45264-0332

CITY OF OREGON
INCOME TAX DEP.
5330 SEAMAN RD
OREGON, OH 43616-2608

CITY OF ORRVILLE
INCOME TAX OFFICE
P.O. BOX 61
ORRVILLE, OH 44667

CITY OF PADUCAH
PO BOX 2697
PADUCAH, KY 42002-2697

CITY OF PARIS
TAX COLLECTOR
525 HIGH STREET #108
PARIS, KY 40361-1848

CITY OF PARMA
DIVISION OF TAXATION
P.O. BOX 94734
CLEVELAND, OH 44101-4734

CITY OF PARMA HEIGHTS
INCOME TAX DIVISION
6281 PEARL ROAD
PARMA HEIGHTS, OH 44130

CITY OF PERRYSBURG
DEPARTMENT OF TAXATION
201 WEST INDIANA
PERRYSBURG, OH 43551

CITY OF PICKERINGTON
TAX DEPARTMENT
100 LOCKVILLE ROAD
PICKERINGTON, OH 43147-1399

CITY OF PIQUA
DEPARTMENT OF TAXATION
PO BOX 122
PIQUA, OH 45356

CITY OF RAVENNA
210 PARK WAY P.O. BOX 1215
RAVENNA, OH 44266-1215

CITY OF RITTMAN
30 N MAIN STREET
RITTMAN, OH 44270

CITY OF SCOTTSVILLE
ATTN: CITY TREASURER
201 W MAIN ST, SUITE 8
SCOTTSVILLE, KY 42164

CITY OF SHARONVILLE
INCOME TAX BUREAU
11641 CHESTER ROAD
SHARONVILLE, OH 45241

CITY OF SHEPHERDSVILLE
CITY CLERK - TREASURER
P.O. BOX 400
SHEPHERDSVILLE, KY 40165

CITY OF SHIVELY
3920 DIXIE HIGHWAY
SHIVELY, KY 40216

CITY OF SIDNEY
MUNICIPAL BUILDING
201 W. POPLAR ST.
SIDNEY, OH 45365

CITY OF SPRINGBORO
320 WEST CENTRAL AVENUE
SPRINGBORO, OH 45066

CITY OF SPRINGFIELD
76 EAST HIGH STREET
SPRINGFIELD, OH 45501

CITY OF STOW
TAX ADMINISTRATOR
P.O. BOX 1668
STOW, OH 44224-4094

CITY OF STRUTHERS
INCOME TAX DEPT
6 ELM STREET
STRUTHERS, OH 44471

CITY OF TOLEDO
COM TAX CITY OF TOLEDO
ONE GOV'T. CENTER, SUITE 2070
TOLEDO, OH 43604

CITY OF URBANA
205 SOUTH MAIN
URBANA, OH 43078

CITY OF VAN WERT
TAX ADMINISTRATOR
515 E MAIN STREET
VAN WERT, OH 45891-1870

CITY OF VANDALIA
PO BOX 727
VANDALIA, OH 45377-0727

CITY OF VANDALIA INCOME TAX
PO BOX 727
VANDALIA, OH 45377-0727

CITY OF VERSAILLES
196 SOUTH MAIN P.O. BOX 625
VERSAILLES, KY 40383

CITY OF WARREN
INCOME TAX DEPARTMENT
P.O.BOX 230
WARREN, OH

CITY OF WASHINGTON
EARNED INCOME TAX DEPARTMENT
119 N. MAIN STREET #117
WASHINGTON C.H., OH 43160

CITY OF WAVERLY
DEPARTMENT OF TAXATION
201 WEST NORTH STREET
WAVERLY, OH 45690

CITY OF WESTERVILLE
INCOME TAX DIVISION
P.O. BOX 130
WESTERVILLE, OH 43086-0130

CITY OF WHITEHALL
INCOME TAX DEPARTMENT
360 SOUTH YEARLING ROAD
WHITEHALL, OH 43213

CITY OF WILMINGTON
EARNED INCOME TAX DIVISION
CITY/COUNTY BLDG 800 N FRENCH
WILMINGTON, DE 19801

CITY OF WILMINGTON
69 NORTH SOUTH STREET
P O BOX 786
WILMINGTON, OH 45177

CITY OF WINCHESTER
OCCUPATIONAL TAX ADMINISTRATOR
PO BOX 4135
WINCHESTER, KY 40392

CITY OF WOOSTER
TAX COLLECTOR
P.O. BOX 1088
WOOSTER, OH 44691-7082

CITY OF ZANESVILLE
INCOME TAX DIVISION
MUNICIPAL BLDG. 401 MARKET ST
ZANESVILLE, OH 43701

CLARK COUNTY
OCCUPATIONAL TAX ADMINISTRATOR
34 SOUTH MAIN STREET #103
WINCHESTER, KY 40391

CLAY COUNTY OCCUPATIONAL TAX
C/O ADMINISTRATOR
305 MAIN STREET
MANCHESTER, KY 40962

COLORADO DEPARTMENT OF
REVENUE
STATE CAPITOL ANNEX
1375 SHERMAN STREET
DENVER, CO 80261

COLORADO DEPT OF LABOR & EMP.
251 E 12TH AVE
DENVER, CO 80203-2272

COLUMBUS GROVE VILLAGE
ADMINISTRATOR OF TAXES
CITY BUILDING
COLUMBUS GROVE, OH 45830

COMMISSIONER OF TAXATION & FIN
MCTMT PROCESSING CENTER
PO BOX 4139
BINGHAMPTON, NY 13902-4139

CONNECTICUT DEPT OF REVENUE
SERVICES
25 SIGOURNEY STREET
HARTFORD, CT 06106

CT ADMINISTRATOR UNEMPLOYMENT
COMPENSATION-EMPLOYMENT SEC
P.O. BOX 2940
HARTFORD, CT 06104-2940

DELAWARE DEPARTMENT OF LABOR
COMPENSATION FUND
PO BOX 41785
PHILADELPHIA, PA 19101-1785

DELAWARE DIVISION OF REVENUE
820 N. FRENCH STREET
WILMINGTON, DE 19899-8995

DEPT OF ECONOMIC DEV - SUI
P.O. BOX 17291
BALTIMORE, MD 21203-7291

DETROIT
INCOME TAX DIVISION
128 CITY COUNCIL BLDG
DETROIT, MI 48226

DIRECTOR OF FINANCE
CITY OF BEREA
212 CHESTNUT STREET
BEREA, KY 40403

DIRECTOR OF FINANCE
CITY OF ELIZABETHTOWN
P. O. BOX 550
ELIZABETHTOWN, KY 42701-0550

DIRECTOR OF FINANCE
CITY OF LEWISBURG
P. O. BOX 239
LEWISBURG, KY 42256-0239

DIST OF COLUMBIA OFFICE OF TAX
AND REVENUE
300 INDIANA AVENUE NW
WASHINGTON, DC 20001

DIVISION OF UNEMPLOYMENT ASST
DEPT OF EMPL AND TRNG - HOSP
P.O. BOX 3438
BOSTON, MA 02241-3438

DRESDEN VILLAGE
INCOME TAX DEP.
P.O. BOX 132
DRESDEN, OH 43821

ELDRED TOWNSHIP
TAX COLLECTOR
PO BOX 600
KUNKLETOWN, PA 18058

ENGLEWOOD
CITY OF VANDALIA INCOME TAX
PO BOX 727
VANDALIA, OH 45377-0727

ESTILL COUNTY
ESTILL COUNTY FISCAL COU
130 MAIN STREET
IRVINE, KY 40336

FAIRFIELD CITY
FAIRFIELD INCOME TAX DIV
PO BOX 73852
CLEVELAND, OH 44193

FAYETTE COUNTY SD TAX
COLLECTOR
FAYETTE COUNTY DEPT. OF TAX
COLLECTION
PO BOX 14529
LEXINGTON, KY 40512-4529

FLINT
1101 SOUTH SAGINAW STRE
FLINT, MI 48502

FLORIDA DEPARTMENT OF REVENUE
FACSIMILE UNIT
5050 W TENNESSEE ST
TALLAHASSEE, FL 32399-0100

FRANKLIN CITY INCOME TAX
TAX ADMINISTRATOR
1 BENJAMIN FRANKLIN WAY
FRANKLIN, OH 45005

FRANKLIN COUNTY
OCCUPATIONAL TAX COLLECTOR
P.O. BOX 594
FRANKFORT, KY 40602

GADSDEN REVENUE DEPT.
P.O.BOX 267
GADSDEN, AL 35902-0267

GARRARD COUNTY FISCAL COURT
TAX ADMINISTRATOR
P. O. BOX 595
LANCASTER, KY 40444-0595

GENOA VILLAGE
INCOME TAX DEPT
P.O. BOX 237
GENOA, OH 43430

GEORGETOWN INCOME TAX COMMIS
ATTN: TAX COLLECTOR
PO BOX 116
GEORGETOWN, OH 45121

GEORGETOWN/SCOTT TAX
OCCUPATIONAL TAX ADM
PO BOX 800
GEORGETOWN, KY 40324

GEORGIA DEPT OF LABOR
148 INTERNATN'I BLVD, NE SUSSEX
PLACE
ATLANTA, GA 30303-1715

GEORGIA DEPT OF REVENUE
INCOME TAX DIVISION -
WITHHOLDING
TRINITY-WASHINGTON BUILDING
ATLANTA, GA 30334

GERMANTOWN VILLAGE
INCOME TAX DEPARTMENT
75 NORTH WALNUT STREET
GERMANTOWN, OH 45327

GIBSONBURG COMMISIONER OF TAX.
VILLAGE OF GIBSONBURG INCOME
214 W MADISON ST, STE B
GIBSONBURG, OH 43431

GLENCOE CITY CLERK
201 WEST CHASTAIN BLVD
GLENCOE, AL 35905

GRAND RAPIDS
CITY INCOME TAX DEPARTMENT
P.O. BOX 2538
GRAND RAPIDS, MI 49501

GRAVES COUNTY OCCUP LIC TAX
GRAVES COUNTY TREASURER
COURTHOUSE
MAYFIELD, KY 42066

HARRISON COUNTY LICENSE FEE
HARRISON COUNTY FISCAL COURT
PO BOX 708
CYNTHIANA, KY 41031

HAWAII DEPT OF LABOR
DIVISION OF UNEMPLOYMENT
830 PUNCHBOWL STREET
HONOLULU, HI 96813

HAWAII DEPT OF TAXATION
P.O. BOX 259
HONOLULU, HI 96809

HIGHLAND PARK
INCOME TAX DIVISION
12050 WOODWARD AVENUE
HIGHLAND PARK, MI 48203

HILLSBORO CITY
INCOME TAX
130 NORTH HIGH STREET
HILLSBORO, OH 45133

HODGENVILLE
208 N LINCOLN BLVD
HODGENVILLE, KY 42748

HUDSON CITY
P.O. BOX 231
HUDSON, MI 49247

IDAHO DEP. OF EMPLOYMENT
ATTN: CASHIER
317 MAIN STREET
BOISE, ID 83735-0760

IDAHO STATE TAX COMMISSION
800 PARK PLAZA IV P.O. BOX 36
BOISE, ID 83722-2301

ILLINOIS DEPARTMENT OF
EMPLOYMENT SECURITY
401 SOUTH STATE STREET
CHICAGO, IL 60605

ILLINOIS DEPARTMENT OF REVENUE
101 W. JEFFERSON STREET
SPRINGFIELD, IL 62708

INCOME TAX DIVISION
PO BOX 125
COLUMBIA, SC 29214

INDIANA DEPT OF REVENUE
WITHHOLDING TAX SECTION - LOGAN
BLDG
5150 DECATUR BLVD
INDIANAPOLIS, IN 46241

INDIANA DEPT. OF EMPLOYMENT
10 NORTH SENATE AVENUE
P.O. BOX 5486
INDIANAPOLIS, IN 46204

INTERNAL REVENUE SERVICE
OGDEN SERVICE CENTER
1973 N. RULON WHITE BLVD.
OGDEN, UT 84404

IOWA DEPT OF REVENUE AND
FINANCE
WITHHOLDING TAX PROC
HOOVER STATE OFFICE BUUILDING
DES MOINES, IA 50319

IOWA WORKFORCE DEVELOPMENT
UNEMPLOYMENT INSURANCE
SERVICE
BOX 4846
DES MOINES, IA 50306

JAMESTOWN VILLAGE
TAX ADMINISTRATOR
P.O. BOX 148
JAMESTOWN, OH 45335

JEFFERSONVILLE VILLAGE
TAX COLLECTOR
P.O. BOX 7
JEFFERSONVILLE, OH 43128

JESSAMINE COUNTY FISCAL COURT
TAX ADMINISTRATOR
105 COURT ROW
NICHOLASVILLE, KY 40356

KANSAS CITY
FINANCE DEPT., REVENUE DIVISION
414 E. 12TH STREET
KANSAS CITY, MO 64106

KANSAS DEPARTMENT OF REVENUE -
DIV OF TAXATIO
915 SW HARRISON ST. 3RD FLOOR
DOCK
STATE OFFICE BUILDING
TOPEKA, KS 66625-0001

KANSAS DIVISION OF EMPLOYMENT
SECURITY
SECRETARY OF HUMAN RESOURCES
401 SW TOPEKA BLVD
TOPEKA, KS 66603-3182

KENTON COUNTY
FISCAL COURT
P.O. BOX 792
COVINGTON, KY 41012-0792

KENTUCKY REVENUE CABINET
TAX POLICY SECTION
CAPITAL ANNEX BUILDING
FRANKFORT, KY 40620

KEYSTONE COLLECTIONS GROUP
546 WENDEL RD
IRWIN, PA 15642-4582

KNOX COUNTY FEE ADMINISTRATOR
PO BOX 177
BARBOURVILLE, KY 40906

LANSING
TREASURER CITY HALL 1ST FLR RM
G-29
124 W MICHIGAN AVE
LANSING, MI 48933

LAPEER
576 LIBERTY STREET
LAPEER, MI 48446

LAUREL COUNTY
OCCUPATIONAL TAX OFFICE
203 BROAD STREET SUITE 2
LONDON, KY 40741

LEXINGTON/FAYETTE TAX
COLLECTOR
DIVISION OF REVENUE
200 E MAIN STREET
LEXINGTON, KY 40507

LINCOLN COUNTY OCCUPATIONAL
TAX AGENCY
LINCOLN COUNTY OCCUP TAX
PO BOX 410
STANFORD, KY 40484

LOGAN COUNTY OCCUPATIONAL
NET PROFITS TAX DIRECTOR
200 W 4TH ST PO BOX 236
RUSSELLVILLE, KY 42276

LORAIN CITY TAX
LORAIN DEPT. OF TAXATION
605 WEST 4TH STREET
LORAIN, OH 44052-1647

LORDSTOWN VILLAGE
VILLAGE HALL TAX DEPT
1455 SALT SPRINGS RD SW
WARREN, OH 44481-2388

LOUISIANA DEPT OF REVENUE AND
TAXATION
330 ARDENWOOD P O BOX 201
BATON ROUGE, LA 70821-0201

LOUISIANA OFFICE OF EMPLOY.
SECURITY
P. O. BOX 94186
BATON ROUGE, LA 70804-9186

LOUISVILLE/JEFFERSON REVENUE
COMMISSION
REVENUE COMMISSION
617 W JEFFERSON ST STE 2
LOUISVILLE, KY 40202-2767

MACON COUNTY OCCUPATIONAL TAX
MACON COUNTY OCCUPATIONAL TAX
PO BOX 830725
BIRMINGHAM, AL 35283-0725

MADISON COUNTY TAX
DIRECTOR OF FINANCE
P.O. BOX 547
RICHMOND, KY 40475

MAINE BUREAU OF TAXATION
INCOME TAX DIVISION
STATE OFFICE BUILDING
AUGUSTA, ME 04333

MARSHALL COUNTY
TAX ADMINISTRATOR
P.O. BOX 114
BENTON, KY 42025-0102

MARYLAND REVENUE
ADMINISTRATION DIVISION
STATE INCOME TAX BUILDING
100 CARROLL STREET
ANNAPOLIS, MD 21411

MASSACHUSETTS DEPARTMENT OF
REVENUE
200 ARLINGTON STREET
CHELSEA, MA 02150

MASSACHUSETTS DIVISION OF
UNEMPLOYMENT ASSISTANCE
19 STANIFORD ST 5TH FL REVENUE
BOSTON, MA 02114

MCCRACKEN COUNTY TAX
ADMINISTRATION
MC CRACKEN COUNTY COURT
HOUSE
PADUCAH, KY 42001

MERCER COUNTY FISCAL COURT
OCCUP LICENSE FEE ADMINISTRATR
P.O. BOX 265
HARRODSBURG, KY 40330

MICHIGAN DEPARTMENT OF
TREASURY
TREASURY BUILDING
430 W ALLEGAN
LANSING, MI 48922

MICHIGAN EMPLOYMENT SECURITY
COMMISSION
7310 WOODWARD AVENUE
DETROIT, MI 48202

MIFFCO TAX SERVICE (2)
MIFFCO TAX SERVICE
139 MARKET STREET PO BOX 746
LEWISTOWN, PA 17044

MINNESOTA DEPARTMENT OF
ECONOMIC SECURITY
390 NORTH ROBERT STREET
SAINT PAUL, MN 55101

MINNESOTA DEPARTMENT OF
REVENUE
MW 5555 P O BOX 66117 10 RIVER
PARK PLAZA
SAINT PAUL, MN 55166-0005

MISSISSIPPI EMPL. SEC. COMM
EMPLOYMENT SEC. COMMISSION
P.O. BOX 22781
JACKSON, MS 39205-2781

MISSISSIPPI STATE TAX COMMISSION
INCOME TAX DIVISION
P O BOX 1033
JACKSON, MS 39205

MISSOURI DEPARTMENT OF
REVENUE
WITHHOLDING TAX SECTION
TRUMAN STATE OFFICE BUILDING
JEFFERSON CITY, MO 65105-3333

MISSOURI DEPT OF LABOR AND
INDUSTRIAL RELATI
DIVISION OF EMPLOYMENT SECURITY
421 E DUNKLIN ST PO BOX NO 59
JEFFERSON CITY, MO 65104-0059

MONROE COUNTY OCCUPATIONAL
TAX
200 N MAIN STREET SUITE G
TOMPKONSVILLE, KY 42167

MONTANA DEPARTMENT OF
REVENUE
BOX 5835
HELENA, MT 59604-5

MONTGOMERY COUNTY
FISCAL COURT TREASURER
44 WEST MAIN STREET
MOUNT STERLING, KY 40353

MORROW VILLAG
DEPARTMENT OF TAXATION
150 EAST PIKE STREET
MORROW, OH 45152

MT WASHINGTON
275 SNAPP STREET
MOUNT WASHINGTON, KY 40047-0285

MT. STERLING
FISCAL COURT - TREASURER
P.O. BOX 690 44 W. MAIN ST.
MT. STERLING, KY 40353

MUSKEGON
INCOME TAX DIVISION
PO BOX 29
MUSKEGON, MI 49443-0029

NEBRASKA DEPARTMENT OF LAB
UNEMPLOYMENT INSURANCE
DIVISION
550 SOUTH 16TH ST PO BOX 94600
LINCOLN, NE 68509-4600

NEBRASKA DEPARTMENT OF
REVENUE
STATE OFFICE BUILDING
P O BOX 94818
LINCOLN, NE 68509-4818

NELSON COUNTY OCCUPATIONAL
TAX LICENSE ADMINISTRATOR
P.O. BOX 578, ROOM 202
BARDSTOWN, KY 40004

NEVADA DEPT OF EMPLOYMENT
EMPLOYMENT SECURITY DIVISION
500 EAST THIRD STREET
CARSON CITY, NV 89713-0001

NEW JERSEY DEPT OF
ENVIRONMENTAL PROTECTION
SITE REMEDIATION PROGRAM
401 EAST STATE STREET
TRENTON, NJ 08625-0420

NEW JERSEY DEPT OF TREASURY
DIVISION OF TAXATION
50 BARRACK STREET CN 240
TRENTON, NJ 08646

NEW LEBANON VILLAGE
INCOME TAX DEPT.
198 SOUTH CLAYTON ROAD
NEW LEBANON, OH 45345

NEW MEXICO DEPT OF LABOR
UNEMPLOYMENT INS BUREAU 4088
BOX 2281
ALBUQUERQUE, NM 87103

NEW MEXICO REVENUE PROCESSING
DIVISION
TAXATION AND REVENUE DEPT
P O BOX 630
SANTA FE, NM 87504-0630

NORTH CAROLINA DEPARTMENT OF
REVENUE
P O BOX 25000
RALEIGH, NC 27640-0045

NORTH CAROLINA EMPLOYMENT
SECURITY COMMISSION
700 WADE AVENUE P O BOX 25903
RALEIGH, NC 27611-5903

NORTH DAKOTA JOB SERVICES
1000 EAST DIVIDE AVENUE
BISMARCK, ND 58506

NORTH DAKOTA STATE TAX
COMMISSION
STATE CAPITOL
BISMARCK, ND 58505

NYS EMPLOYMENT TAXES
PO BOX 4119
BINGHAMTON, NY 13902-4119

OHIO DEPARTMENT OF TAXATI
INCOME TAX DIVISIO
P O BOX 2476
COLUMBUS, OH 43266-0076

OHIO DEPT OF JOB & FAMILY SV
BUREAU OF UC TAX
4020 E 5TH STREET
COLUMBUS, OH 43219

OHIO SCHOOL DISTRICT
DEPARTMENT OF TAXATION
PO BOX 182388
COLUMBUS, OH 43218-2388

OKLAHOMA EMPLOYMENT SECURITY
COMMISSION
WILL ROGERS MEMORIAL OFFICE
BLDG
2401 N LINCOLN BLD
OKLAHOMA CITY, OK 73105-4495

OKLAHOMA TAX COMMISSION
WITHHOLDING TAX DIVISION
PO BOX 26860
OKLAHOMA CITY, OK 73126-0860

OREGON DEPARTMENT OF REVENUE
955 CENTER STREE NE
SALEM, OR 97310

PENDLETON COUNTY
PENDLETON COUNTY FISCAL COURT
233 MAIN STREET 4OOM 4
FALMOUTH, KY 41010

PENNSYLVANIA DEPARTMENT OF
REVENUE
BUREAU OF ACCOUNTS SETTLEMENT
PO BOX 280901
HARRISBURG, PA 17127

PENNSYLVANIA DEPT OF LABOR AND
INDUSTRY
OFFICE OF EMPLOYMENT SECURITY
SEVENTH AND FORSTER STREETS
HARRISBURG, PA 17121

PHILADELPHIA DEPT OF REVENUE
MUNI SVC - CONCOURSE LEVEL
1401 JFK BLVD, INCOMING MAIL
PHILADELPHIA, PA 19102

PORT HURON
TREASURER - INCOME TAX DIVISION
100 MC MORRAN BLVD
PORT HURON, MI 48060

PUERTO RICO DEPARTMENT OF THE
TREASURY
BUREAU OF INCOME TAX
P O BOX S4515
SAN JUAN, PR 00902

PUERTO RICO DEPT OF LABOR AND
HUMAN RESOURCES
BUREAU OF EMPLOYMENT SECURITY
505 MUNOZ RIVERA AVENUE
HATO REY, PR 00919

RAINBOW CITY
3700 RAINBOW DRIVE
RAINBOW, AL 35906-6331

REGIONAL INCOME TAX AGENCY
10107 BRECKSVILLE RD
BRECKSVILLE, OH 44141-0800

RHODE ISLAND DIVISION OF
TAXATION
ONE CAPITOL HILL
PROVIDENCE, RI 02908

RI DEPT OF EMPLOYMENT SECURITY
P.O. BOX 1029
PROVIDENCE, RI 02901

ROCKFORD VIL
TAX ADMINISTRATOR
142 NORTH MAIN STREET
ROCKFORD, OH 45882

SAGINAW
INCOME TAX DIVISION
1315 SOUTH WASHINGTON AVENUE
SAGINAW, MI 48601-2599

SEBRING VILLAGE
INCOME TAX DEPARTMENT
135 EAST OHIO AVENUE
SEBRING, OH 44672-4983

SHELBY CITY
INCOME TAX OFFICE
43 WEST MAIN STREET
SHELBY, OH 44875

SHELBY COUNTY
OCCUPATIONAL LICENSE FEE ADMIN
215 WASHINGTON STREET
SHELBYVILLE, KY 40065

SIMPSON COUNTY
OCCUPATIONAL TAX ADMINISTRATOR
PO BOX 242
FRANKLIN, KY 42135-0242

SO. CAROLINA EMPL SEC COMMISS
P.O. BOX 7103
COLUMBIA, SC 29202

SOUTH DAKOTA DEPARTMENT OF
LABOR
UNEMPLOYMENT INSURANCE
DIVISION
420 S ROOSEVELT ST PO BOX 4730
ABERDEEN, SD 57402-4730

ST LOUIS REVENUE DEPT (1)
COLLECTOR OF REVENUE - ST. LOUIS
1200 MARKET STREET, 410 CITY HALL
SAINT LOUIS, MO 63103

STATE OF NEW HAMPSHIRE
DEPART OF EMPLOYMENT SECURITY
32 SOUTH MAIN ST.
CONCORD, NH 03301-4857

SULLIGENT
CITY OF SULLIGENT REV DEPT
PO BOX 336
SULLIGENT, AL 35586

TENNESSEE DEPT OF LABOR &
WORKFORCE DEVELOPMENT
550 FRENCH LNDG BLDG B FL 3
NASHVILLE, TN 37243

TEXAS WORKFORCE COMMISSION
101 E 15TH STREET
AUSTIN, TX 78778-0001

THE CITY OF ALLIANCE
INCOME TAX DEPARTMENT
P.O. BOX 202
ALLIANCE, OH 44601-0025

TODD COUNTY
TODD COUNTY
PO BOX 355
ELKTON, KY 42220

TREASURER,KENTUCKY
UNEMPLOYMNT
275 EAST MAIN STREET
FRANKFORT, KY 40601

UI TAX PROGRAM
MONTANA DEPT OF LABOR/INDUSTRY
PO BOX 6339
HELENA, MT 59604-6339

UTAH DEPARTMENT OF EMPLOYMENT
SECURITY
140 E 300 SOUTH P O BOX 11249
SALT LAKE CITY, UT 84147

UTAH STATE TAX COMMISSION
210 NORTH 1950 WEST
SALT LAKE CITY, UT 84134

VERMONT DEPARTMENT OF
TAXATION
DEPARTMENT OF TAXATION
PO BOX 547
MONTPELIER, VT 05601-0547

VERMONT DEPT OF EMPLOYMENT
AND TRAINING
5 GREEN MOUNTAIN DRIVE
PO BOX 488
MONTPELIER, VT 05602

VILLAGE OF BELLVILLE
DIVISION OF INCOME TAX
PO BOX 355
BELLVILLE, OH 44813

VILLAGE OF BRADFORD
DEPARTMENT OF TAXATION
P.O. BOX 128
VILLIGE OF BRADFORD, OH 45308

VILLAGE OF CRESTON
100 N MAIN ST
CRESTON, OH 44217

VILLAGE OF DALTON
TAX ADMINISTRATION
P.O. BOX 308
DALTON, OH 44618

VILLAGE OF DOYLESTOWN
24 S PORTAGE ST
DOYLESTOWN, OH 44230

VILLAGE OF EVENDALE
10500 READING
EVENDALE, OH 45241

VILLAGE OF FARMERSVILLE OHIO
TAX ADMINISTRATION
117 E WALNUT ST
FARMERSVILLE, OH 45325-0214

VILLAGE OF GARRETTSVILLE
INCOME TAX DEPARTMENT
P.O. BOX 306
GARRETTSVILLE, OH 44231

VILLAGE OF GRANVILLE
INCOME TAX BUREAU
141 EAST BROADWAY, PO BOX 514
GRANVILLE, OH 43023-0514

VILLAGE OF HAMLER
TAX COLLECTOR
P.O. BOX 435
HAMLER VILLAGE, OH 43524

VILLAGE OF HARTVILLE
202 W MAPLE STREET
HARTVILLE, OH 44632

VILLAGE OF INDIAN HILL
INCOME TAX OFFICE
6525 DRAKE ROAD
CINCINNATI, OH 45243

VILLAGE OF JEFFERSON
INCOME TAX
27 EAST JEFFERSTON STREET
JEFFERSON, OH 44047

VILLAGE OF LOWELLVILLE
INCOME TAX DEPT
PO BOX 124
LOWELLVILLE, OH 44436

VILLAGE OF MANTUA
INCOME TAX DEPARTMENT
4736 EAST HIGH STREET
MANTUA, OH 44255

VILLAGE OF MARSHALLVILLE
MARSHALLVILLE VILGE INCOME TAX
7 NORTH MAIN STREET PO BOX 217
MARSHALLVILLE, OH 44645

VILLAGE OF MILLERSBURG
CITY HALL
6 N WASHINGTON STREET
MILLERSBURG, OH 44654-1393

VILLAGE OF MONTPELIER
INCOME TAX DIVISION
PO BOX 148
MONTPELIER, OH 43543

VILLAGE OF MT GILEAD
72 W HIGH STREET
MOUNT GILEAD, OH 43338

VILLAGE OF NAVARRE
INCOME TAX DEPARTMENT
27 WEST CANAL STREET
NAVARRE, OH 44662

VILLAGE OF NEW CONCORD
INCOME TAX DEPARTMENT
P.O. BOX 31
NEW CONCORD, OH 43762

VILLAGE OF OAK HARBOR
DEPARTMENT OF OAK HARBOR
146 CHURCH STREET
OAK HARBOR, OH 43449

VILLAGE OF PEMBERVILLE
115 MAIN STREET PO BOX 109
PEMBERVILLE, OH 43450-4983

VILLAGE OF RICHFIELD
P.O. BOX 100
RICHFIELD, OH 44286

VILLAGE OF SHREVE
INCOME TAX DEPARTMENT
P.O. BOX 604
SHREVE, OH 44676

VILLAGE OF SMITHVILLE
INCOME TAX DEPARTMENT
P.O. BOX 517
SMITHVILLE, OH 44677

VILLAGE OF SOUTH BLOOMFIELD
S. BLOOMFIELD TAX DEPARTMENT
5023 SOUTH UNION STREET
SOUTH BLOOMFIELD, OH 43103-1035

VILLAGE OF SUGARCREEK
INCOME TAX DEPARTMENT
410 SOUTH BROADWAY
SUGARCREEK, OH 44681

VILLAGE OF WEST ALEXANDRIA
INCOME TAX OFFICE
16 NORTH MAIN STREET
WEST ALEXANDRIA, OH 45381

VILLAGE OF WEST JEFFERSON
INCOME TAX DEPARTMENT
28 EAST MAIN STREET
WEST JEFFERSON, OH 43162

VILLAGE OF WEST LAFAYETTE
INCOME TAX DEPARTMENT
P.O. BOX 175
WEST LAFAYETTE, OH 43845

VILLAGE OF WEST SALEM INC TAX
TAX COLLECTOR
PO BOX 386
WEST SALEM, OH 44287

VILLIAGE OF CANAL FULTON
INCOME TAX DEPARTMENT
155 E MARKET STREET, SUITE C
CANAL FULTON, OH 44614

VINE GROVE CITY
REVENUE CLERK
300 W MAIN ST
VINE GROVE, KY 40175-1306

VIRGINIA DEPARTMENT OF TAXATION
DIVISION OF INCOME TAX
WITHHOLDING
PO BOX 6-L
RICHMOND, VA 23282

VIRGINIA EMPLOYMENT COMMISSION
703 EAST MAIN STREET
RICHMOND, VA 23219

WALBRIDGE
VILLAGE HALL
111 NORTH MAIN STREET
WALBRIDGE, OH 43465-0001

WALKER
WITHHOLDING TAX SECTION
PO BOX 153
GRAND RAPIDS, MI 49501

WALNUTPORT BORO EIT
CENTRAL TAX BUREAU
500 W DUTTON MILL RD, STE 105
ASTON, PA 19014

WARREN COUNTY OCCUPATIONAL
TAX
WARREN COUNTY TREASURER
429 E 10TH ST
BOWLING GREEN, KY 42101

WEST MILTON VILLAGE
HAMILTON DIVISION OF TAXATION
PO BOX 630314
CINCINNATI, OH 45263-0314

WESTAB EIT
WEST SHORE TAX BUREAU
PO BOX 656
CAMP HILL, PA 17011-0656

WISCONSIN DEPARTMENT OF
REVENUE
PO BOX 8902
MADISON, WI 53708

WYOMING DEPARTMENT OF
EMPLOYMENT
EMPLOYMENT RESOURCES DIVISION
100 WEST MIDWEST PO BOX 2760
CASPER, WY 82602

WARREN COUNTY PUBLIC SCHOOL
OCCUPATIONAL TAX OFFICE
PO BOX 890947
CHARLOTTE, NC 28289-0947

WEST VIRGINIA DEPT OF
EMPLOYMENT SECURITY
112 CALIFORNIA AVENUE
CHARLESTON, WV 25305-0112

WESTAB LST
WEST SHORE TAX BUREAU
PO BOX 656
CAMP HILL, PA 17011-0656

WISCONSIN DEPT OF INDUSTRY
LABOR AND HUMAN RE
UNEMPLOYMENT COMPENSATION
DIVISION
201 E WASHINGTON AVE PO BOX 7946
MADISON, WI 53707

YORK/ADAMS TAX BUREAU
1415 NORTH DUKE STREET (PO Box
15627)
YORK, PA 17405-0156

WASHINGTON EMPLOYMENT
SECURITY DEPARTMENT
EMPLOYMENT SECURITY BUILDING
212 MAPLE PARK DRIVE
OLYMPIA, WA 98504

WEST VIRGINIA STATE TAX
DEPARTMENT
INCOME TAX DIVISION
PO BOX 3784
CHARLESTON, WV 25337-3784

WHITLEY CNTY OCCUPATIONAL TAX
PO BOX 268
WILLIAMSBURG, KY 40769

WOODFORD COUNTY
WOODFORD COUNTY COURTHOUSE
103 SOUTH MAIN
VERSAILLES, KY 40383